UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-22303-CIV-KMW

FLORIDA CARRY, INC., a
Florida not for profit corporation, et al.

      Plaintiffs,
vs.

CITY OF MIAMI BEACH, et al.

      Defendants.
_____/

**ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME**

**THIS MATTER** is before the Court upon Defendants CITY OF MIAMI BEACH and JIMMY L. MORALES' Unopposed Motion for an Extension of Time for a fourteen day extension of time for all defendants to respond to Plaintiffs' Complaint. The Court having carefully considered the Motion, having reviewed the Court file and having been fully advised in the premises, finds that there is good cause to grant the relief requested. It is therefore,

**ORDERED AND ADJUDGED**, that said Motion is hereby granted. All served Defendants shall have an enlargement of time up to and including June 26, 2019 to respond to Plaintiffs' Complaint.

**DONE AND ORDERED** this ____ day of June, 2019, in Chambers of the United States Courthouse, Federal Courthouse Square, Miami, Florida.

                                                                  _____
                                                                     United States District Judge

cc: Counsel of Record