UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLORIDA CARRY, INC., a
Florida not for profit corporation, et al.,

        Plaintiffs,

CASE NO. 19-cv-22303-KMW

vs.

CITY OF MIAMI BEACH, et al.,

        Defendants.
_____/

**DEFENDANT CITY OF MIAMI BEACH'S**
**<u>RULE 26 INITIAL DISCLOSURES</u>**

      Defendant CITY OF MIAMI BEACH ("CITY" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(1) and S.D. Fla. L. R. 26.1(A), hereby serves its Initial Disclosures and submits that the following is based on information reasonably available to it at this time.

A.    **<u>Individuals Likely to Have Discoverable Information that Defendant May Use to Support his Defenses and the Subject Matter of the Information.[Rule 26(a)(1)(A)]</u>**

    1.    Plaintiff, Michael Taylor

          This witness is a Plaintiff in this case and has knowledge of the allegations in the Complaint.

    2.    Plaintiff, Steven Jenkins

          This witness is a Plaintiff in this case and has knowledge of the allegations in the Complaint.

    3.    Plaintiff, Sean Devine

          This witness is a Plaintiff in this case and has knowledge of the allegations in the Complaint.

4. Plaintiff, Christopher Philpot

   This witness is a Plaintiff in this case and has knowledge of the allegations in the Complaint.

5. Plaintiff, Carlos Guiterrez

   This witness is a Plaintiff in this case and has knowledge of the allegations in the Complaint.

6. Plaintiff, Jonah Weiss

   This witness is a Plaintiff in this case and has knowledge of the allegations in the Complaint.

7. Defendant, Officer Michael Garcia.

   This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

8. Defendant, Officer Kenneth Bolduc.

   This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

9. Defendant, Officer Gustavo Villamil.

   This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

10. Defendant, Officer Brian Rivera.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

11. Defendant, Lt. Eduardo Garcia.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

12. Defendant, Officer Errol Vidal.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

13. Defendant, Officer Manuel Cano.

       This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

14. Defendant, Officer Jessica Salabarria.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

15. Defendant, Officer Michael Garcia.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

16. Defendant, Officer Robert Mitchell.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

17. Defendant, Officer Nahami Bicelis.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

18. Defendant, Officer Lavaniel Hicks.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

19. Defendant, Officer Elizabeth Vidal.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

20. Defendant, Dan Oates.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

21. Defendant, Jimmy Morales.

    This witness is a Defendant in this case and has knowledge of the allegations in the Complaint.

22. AJ Prieto, Police Commander
    c/o City of Miami Beach
    1700 Convention Center Drive

        Miami Beach, Florida 33139
        Witness has knowledge concerning the allegations in the Complaint.

23.    Enrique Rios, Police Sergeant
        c/o City of Miami Beach
        1700 Convention Center Drive
        Miami Beach, Florida 33139

        Witness has knowledge concerning the allegations in the Complaint.

24.    Rick Clements, Police Chief
        c/o City of Miami Beach
        1700 Convention Center Drive
        Miami Beach, Florida 33139

        Witness has knowledge concerning the allegations in the Complaint.

25.    Samir Guerrero, Police Division Major
        c/o City of Miami Beach
        1700 Convention Center Drive
        Miami Beach, Florida 33139

        Witness has knowledge concerning the allegations in the Complaint.

26.    Paul Acosta, Police Division Major
        c/o City of Miami Beach
        1700 Convention Center Drive
        Miami Beach, Florida 33139

        Witness has knowledge concerning the allegations in the Complaint.

27.    David De la Espriella, Police Captain
        c/o City of Miami Beach
        1700 Convention Center Drive
        Miami Beach, Florida 33139

        Witness has knowledge concerning the allegations in the Complaint.

28.    Any witnesses listed by any other party or identified in any deposition or document produced in this matter, or as may become necessary for the authentication of records.

29.    Any rebuttal and/or impeachment witnesses.

30.    Any witnesses listed by any other party.

Other witnesses supporting Defendant's defenses may be identified as discovery progresses, and Defendant will provide amended disclosures as required by Fed. R. Civ. P. 26(e) in the event such witnesses are discovered.

A. **Documents and/or other Tangible Items.** [Rule 26(a)(1)(B)]

Documents that Defendant may use to refute Plaintiff's claims and establish his defenses:

1. CAD Report - Bate Stamped 00001 – 00092.

2. Correspondence - Bate Stamped 00093 – 00094.

3. Articles - Bate Stamped 00095 – 00156.

4. 911 Tape - Bate Stamped 00157.

5. Individual Dispatch Channels Communication 6.24.2018 - Bate Stamped 00158.

6. Florida Open Carry Activist CD - Bate Stamped 00159.

7. Public Record Request # 15824 – Bate Stamped 00160 – 00181.

8. Body Worn Camera Evidence from Miami Beach Police Department

9. Any and all documents identified or produced by any other party to this lawsuit.

10. All documents identified above are available for inspection and copying upon request. Additionally, Defendant states that documents which refute Plaintiff's claims and supports his defenses are in the possession of the Plaintiff at this time. These documents include, but are not limited to, Plaintiff's medical records, employment records, and financial records. Moreover, additional documents may be revealed in discovery, and Defendant reserves the right to amend these disclosures pursuant to Fed. R. Civ. P. 26(e) in the event such documents and/or other tangible items are revealed in discovery.

C. **Computation of Damages.** [Rule 26(a)(1)(c)]

It is Defendant's position that Plaintiff is not entitled to any damages whatsoever. Moreover, Defendant asserts that he is entitled to recover attorneys' fees and costs from Plaintiff for defending this action.

D. **Insurance Agreements.**[Rule 26(a)(1)(D)]

None.

Dated: July 25, 2019

                                      Respectfully submitted,

                                      RAUL J. AGUILA, CITY ATTORNEY
                                      CITY OF MIAMI BEACH
                                      1700 CONVENTION CENTER DR., 4TH FL
                                      MIAMI BEACH, FLORIDA 33139
                                      TELEPHONE: (305) 673-7470
                                      FACSIMILE: (305) 673-7002

                               By: s/Robert Rosenwald
                                      ROBERT F. ROSENWALD, JR.
                                      First Assistant City Attorney
                                      robertrosenwald@miamibeachfl.gov
                                      Florida Bar No.  019003