# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-22303-KMW

FLORIDA CARRY, INC., a
Florida not for profit corporation, *et al.,*

      Plaintiffs,

vs.

CITY OF MIAMI BEACH, *et al.,*

      Defendants.

_____/

## <u>DEFENDANT OFFICERS' NOTICE OF COMPLIANCE</u>

Defendant Officers, MICHAEL GARCIA, KENNETH BOLDUC, GUSTAVO VILLAMIL, BRIAN RIVERA, EDUARDO GARCIA, JESSICA SALABARRIA, NAHAMI BICELIS, ROBERT MITCHELL, LAVANIEL HICKS, and ELIZABETH VIDAL (collectively, the "Defendant Officers") by and through their undersigned counsel, hereby file this Notice of Compliance pursuant to this Honorable Court's Order of Referral and Notice of Court Practice in Removal Cases, [D.E. 6], and Honorable Magistrate Judge Edwin Torres' Order Setting Discovery Procedures ("Order"), and in compliance therewith, state as follows:

1. The Order, in pertinent part, sets forth the following procedure as to discovery matters pending before the Court: "The movant shall file a 'Notice of Compliance' on the docket that sets forth the substance of the discovery matters to be heard and the status of the parties' pre-filing efforts as to that issue/request. The Notice of Compliance shall include a certificate of conferral that fully complies with Local Rule 7.1(a)(3)."

2. The substance of the discovery matters to be heard before Magistrate Judge Torres on December 19, 2019 at 10:00 A.M. relates to Plaintiffs' outstanding responses to Defendant

Officers' First Requests for Production to Plaintiffs, Sean Devine, Carlos Gutierrez, Christopher Philpot, Steven Jenkins, Michael Taylor, Jonah Weiss, and Florida Carry, Inc., as well as Plaintiffs' outstanding responses to Defendant Officers' First Sets of Interrogatories to Plaintiffs, Sean Devine, Carlos Gutierrez, Christopher Philpot, Steven Jenkins, Michael Taylor, Jonah Weiss, and Florida Carry, Inc., all of which were properly served on Plaintiffs' counsel on or about August 16, 2019.

3. The undersigned counsel for Defendant Officers attempted to confer with Plaintiffs' counsel regarding the outstanding discovery responses on October 2, 2019, October 3, 2019, October 4, 2019, October 8, 2019, October 22, 2019, November 7, 2019, November 13, 2019, and November 19, 2019 via email and telephone.

4. Unfortunately, Defendant Officers' pre-filing conferral efforts set forth above have proven to be futile as Plaintiffs have failed to provide discovery responses to date.

5. Accordingly, Defendant Officers hereby certify that they have complied with the requirements of Magistrate Judge Torres' Order.

Dated: November 21, 2019.

                    Respectfully submitted,

                    s/Robert L. Switkes
                    Robert L. Switkes, Esq.
                    Florida Bar No. 241059
                    rswitkes@switkeslaw.com
                    s/Bradley F. Zappala
                    Bradley F. Zappala, Esq.
                    Florida Bar No. 111829
                    bzappala@switkeslaw.com
                    s/Maryjeanne Marrero
                    Maryjeanne Marrero, Esq.
                    Florida Bar No.: 1011715
                    mmarrero@switkeslaw.com
                    **SWITKES & ZAPPALA, P.A.**

407 Lincoln Road, Penthouse SE
Miami Beach, FL 33139
Tel: 305-534-4757
Fax: 305-538-5504
*Counsel for Defendant Officers*

## <u>CERTIFICATE OF GOOD FAITH CONFERRAL</u>

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), the undersigned has made a good-faith effort to confer with Plaintiffs' counsel regarding the discovery relief sought and the upcoming discovery hearing set for December 19, 2019, as set forth above. Specifically, the undersigned has attempted to confer and has conferred with Plaintiffs' counsel regarding Plaintiffs' outstanding discovery responses on numerous occasions since September, and most recently attempted to confer with Plaintiff's counsel via email and telephonically on November 19, 2019, leaving a message with counsel's assistant, but has received no response thereto as of the filing of this Notice.

<u>s/Maryjeanne Marrero. Esq.</u>

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served via electronic mail this 21st

day of November 2019, on all counsel of record identified on the attached Service List.

s/Maryjeanne Marrero, Esq.

## SERVICE LIST
*Florida Carry, Inc., et al v. City of Miami Beach, et al.*
**United States District Court, Southern District of Florida**
**Case No.: 19-cv-22303-KMW**

**Eric Friday, Esq.**
Kingry & Friday
1919 Atlantic Blvd.
Jacksonville, Florida 32207
Phone: 904-722-3333
Fax: 954-900-1208
E-Mail: efriday@ericfriday.com
*Attorney for Plaintiffs*

**Noel H. Flasterstein, Esq.**
Law Offices of Noel H. Flasterstein
1700 S. Dixie Hwy, Suite 501
Boca Raton, Florida 33432
Phone: 813-919-7400
*Attorney for Plaintiffs*

**Mark Fishman, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
*Attorney for Defendant, City of Miami Beach*

**Robert F. Rosenwald, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
Fax: 305-673-7002
E-Mail: RobertRosenwald@miamibeachfl.gov
*Attorney for Defendant, City of Miami Beach*

**Adam Hapner, Esq.**
Weiss Serota Helfman Cole & Bierman, P.L.
200 East Broward Blvd., Suite 1900,
Fort Lauderdale, FL 33301
Phone: 954-763-4242
E-Mail: jcole@wsh-law.com; msarraff@wsh-law.com
*Attorney for Defendant, Dan Oates*