**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 19-22303-CV-WILLIAMS/TORRES

FLORIDA CARRY, INC., a
Florida not for profit corporation, *et al.*,

    Plaintiffs,

vs.

CITY OF MIAMI BEACH, *et al.*,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT OFFICERS' MOTION TO COMPEL**
**PLAINTIFFS' RESPONSES TO DEFENDANTS' DISCOVERY**

    THIS CAUSE is before this Court upon Defendant Officers' Motion to Compel Plaintiffs' Responses to Defendants' First Set of Interrogatories and Defendants' First Request for Production. We hereby **ORDER** the following:

1. The Motion is **GRANTED**.
2. Plaintiffs serve individual responses to Defendants' First Set of Interrogatories and Defendants' First Request for Production within twenty-one (21) days of this Order.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of December, 2019.

                                                  */s/ Edwin G. Torres*
                                                EDWIN G. TORRES
                                                United States Magistrate Judge