## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-22303-KMW

FLORIDA CARRY, INC., a
Florida not for profit corporation, *et al.,*

      Plaintiffs,

vs.

CITY OF MIAMI BEACH, *et al.,*

      Defendants.

_____/

### JOINT MOTION FOR ENLARGEMENT OF CERTAIN DEADLINES

Plaintiffs, FLORIDA CARRY, INC., MICHAEL TAYLOR ("Taylor"), STEVEN JENKINS ("Jenkins"), SEAN DEVINE ("Devine"), CHRISTOPHER PHILPOT ("Philpot"), CARLOS GUTIERREZ ("Gutierrez"), and JONAH WEISS ("Weiss") (collectively "Plaintiffs") and Defendants, CITY OF MIAMI BEACH, MICHAEL GARCIA ("Officer M. Garcia"), KENNETH BOLDUC ("Officer Bolduc"), GUSTAVO VILLAMIL ("Officer Villamil"), BRIAN RIVERA ("Officer Rivera"), EDUARDO GARCIA ("Officer E. Garcia"), JESSICA SALABARRIA ("Officer Salabarria"), NAHAMI BICELIS ("Officer Bicelis"), ROBERT MITCHELL ("Officer Mitchell"), LAVANIEL HICKS ("Officer Hicks"), and ELIZABETH VIDAL ("Officer El. Vidal") (collectively "Defendants") (and collectively together, the "Parties") by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), S.D. Fla. L. R. 7.1(a)(1)(j), and this Honorable Court's Scheduling Order [D.E. 16], hereby jointly move this Court for a sixty (60) day enlargement of certain deadlines. In support thereof, the Parties state as follows:

1.       On May 28, 2019, Plaintiffs filed the above-captioned lawsuit in the United States District

1

Court for the Southern District of Florida. [D.E. 1-2].

2.    Due to the number of parties to this lawsuit, service of process was delayed.

3.    On November 1, 2019, this Honorable Court issued a Pretrial Scheduling Order [D.E. 16], setting forth the following pretrial deadlines:

a.    **March 13, 2020** The Defendant shall disclose experts, expert witness summaries and reports.

b.    **April 13, 2020** The Parties shall exchange rebuttal expert witness summaries and reports.

c.    **May 15, 2020** The Parties shall complete all discovery, including expert discovery.

d.    **June 5, 2020** The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis.

4.    While the Parties have been proactive, there is outstanding discovery to be conducted.

5.    For example, after multiple scheduling conflicts due to illness and traveling difficulties delayed efforts to schedule depositions of the Plaintiffs, Defendants were ultimately able to depose most of the Plaintiffs in late January 2020. At Plaintiffs' depositions, Defendants learned of additional documents that need to be procured in order to complete discovery.

6.    Similarly, due to the high-volume of tourists and heightened spring-break policing requirements in the City of Miami Beach that require the Defendant Officers to work nearly every day during this time of year, the parties have been delayed in finding mutually convenient times to set depositions of the Defendant Officers.

7.    Furthermore, as a result of the foregoing difficulties in obtaining necessary discovery and

testimony, Defendants have been delayed in conducting expert discovery.

8.      Perhaps most significantly, the Parties anticipate further conflicts and complications given the coronavirus pandemic crisis throughout the country and in the State of Florida, including but not limited to scheduling Plaintiffs for Independent Medical Examinations with Defendants' experts, and increased demands expected to be placed upon the Defendant Officers during the recently declared state of emergency, which the Parties respectfully assert justifies the length of the extensions requested.

9.      The instant Motion is timely, made in good faith, and for no improper purpose.  Further, the requested enlargement of time will not prejudice any of the parties hereto, nor will it unduly delay the proceedings.

10.     Pursuant to S.D. Fla. Local Rule 7.1(a)(3), the undersigned counsel conferred in good faith and no party has any objection thereto.

11.     A proposed Order granting the instant Motion is attached hereto as Exhibit "A."

12.     Accordingly, the Parties would request that the deadlines set forth in the Pretrial Scheduling Order, D.E. 16, be modified as follows:

    a.  ~~March 13, 2020~~ **May 12, 2020** The Defendants shall disclose experts, expert witness summaries and reports.

    b.  ~~April 13, 2020~~ **June 12, 2020** The Parties shall exchange rebuttal expert witness summaries and reports.

    c.  ~~May 15, 2020~~ **July 14, 2020** The Parties shall complete all discovery, including expert discovery.

    d.  ~~June 5, 2020~~ **August 4, 2020** The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert

3

testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis.

WHEREFORE, based upon the foregoing, the Parties respectfully requests that this Court enter an order: (1) enlarging the foregoing deadlines by sixty days; and (2) providing any and all further relief this Honorable Court deems equitable and just.

Dated this <u>13th</u> day of March 2020.

Respectfully submitted,

<u>/s/Eric J. Friday</u>
Eric J. Friday, Esquire
Florida Bar No.: 0797901
Kingry & Friday
1919 Atlantic Blvd.
Jacksonville, Florida 32207
Telephone: (904) 722-3333
Service@ericfriday.com
efriday@ericfriday.com
*Counsel for Plaintiffs*

<u>/s/*Robert F. Rosenwald, Jr.*</u>
Robert F. Rosenwald, Jr., Esq.
First Assistant City Attorney
robertrosenwald@miamibeachfl.gov
Florida Bar No. 0190039
City of Miami Beach
1700 Convention Center Dr.
Legal Dept.-4th Floor
Miami Beach, Florida 33139
Telephone: (305) 673-7470
*Counsel for Defendant, City of Miami Beach*

<u>/s/Robert L. Switkes</u>
Robert L. Switkes, Esq.
Florida Bar No.: 241059
rswitkes@switkeslaw.com
SWITKES & ZAPPALA, P.A.
407 Lincoln Road, Penthouse SE
Miami, Beach, Florida 33139
Telephone: (305) 534-4757
*Counsel for Defendant Officers*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this <u>13th</u> day of March 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Maryjeanne Marrero</u>

**<ins>SERVICE LIST</ins>**
*Florida Carry, Inc., et al v. City of Miami Beach, et al.*
**United States District Court, Southern District of Florida**
**Case No.: 19-cv-22303-KMW**

**Eric Friday, Esq.**
Kingry & Friday
1919 Atlantic Blvd.
Jacksonville, Florida 32207
Phone: 904-722-3333
Fax: 954-900-1208
E-Mail: efriday@ericfriday.com
*Attorney for Plaintiffs*

**Noel H. Flasterstein, Esq.**
Law Offices of Noel H. Flasterstein
1700 S. Dixie Hwy, Suite 501
Boca Raton, Florida 33432
Phone: 813-919-7400
*Attorney for Plaintiffs*

**Mark Fishman, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
*Attorney for Defendant, City of Miami Beach*

**Robert F. Rosenwald, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
Fax: 305-673-7002
E-Mail: RobertRosenwald@miamibeachfl.gov
*Attorney for Defendant, City of Miami Beach*

**Adam Hapner, Esq.**
Weiss Serota Helfman Cole & Bierman, P.L.
200 East Broward Blvd., Suite 1900,
Fort Lauderdale, FL 33301
Phone: 954-763-4242
E-Mail: jcole@wsh-law.com; msarraff@wsh-law.com
*Attorney for Defendant, Dan Oates*