UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-22303-KMW

FLORIDA CARRY, INC., a
Florida not for profit corporation, *et al.,*

    Plaintiffs,

vs.

CITY OF MIAMI BEACH, *et al.,*

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION
## FOR ENLARGEMENT OF CERTAIN DEADLINES

THIS CAUSE having come before this Court upon the Parties' Joint Motion for Enlargement of Certain Deadlines and the Court being advised in the premises,

The Motion is **GRANTED**. The deadlines set forth in the Pretrial Scheduling Order [D.E. 16] will be modified as follows:

a. **May 12, 2020** The Defendants shall disclose experts, expert witness summaries and reports.

b. **June 12, 2020** The Parties shall exchange rebuttal expert witness summaries and reports.

c. **July 14, 2020** The Parties shall complete all discovery, including expert discovery.

d. **August 4, 2020** The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis.

DONE and ORDERED this ____ day of _____ 2020, in Chambers at Miami-Dade County, Florida.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of record