UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-22303-KMW

FLORIDA CARRY, INC., a
Florida not for profit corporation, *et al.,*

    Plaintiffs,
vs.

CITY OF MIAMI BEACH, *et al.,*

    Defendants.
_____/

**UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF THE DEADLINE
TO FILE DISPOSITIVE MOTIONS**

Defendants, CITY OF MIAMI BEACH, MICHAEL GARCIA ("Officer M. Garcia"), KENNETH BOLDUC ("Officer Bolduc"), GUSTAVO VILLAMIL ("Officer Villamil"), BRIAN RIVERA ("Officer Rivera"), EDUARDO GARCIA ("Officer E. Garcia"), JESSICA SALABARRIA ("Officer Salabarria"), NAHAMI BICELIS ("Officer Bicelis"), ROBERT MITCHELL ("Officer Mitchell"), LAVANIEL HICKS ("Officer Hicks"), and ELIZABETH VIDAL ("Officer El. Vidal") (collectively, the "Defendants"), by and through their undersigned counsel, hereby move this Court on an unopposed basis for a two-week extension, until and including January 19, 2021, of the deadline for the Parties to file all dispositive motions and memoranda of law. In support thereof, Defendants state as follows:

1. On August 7, 2020, the Parties filed a Joint Motion for Enlargement of Trial and Pretrial Deadlines. [D.E. 43].

2. On August 13, 2020, this Court entered an Amended Scheduling Order setting new pre-trial deadlines and a new trial date. [D.E. 49].

3. The Amended Scheduling Order provides January 5, 2021 as the deadline for the Parties to file all dispositive motions. *Id*. at 2.

4. Defendants have been working diligently to prepare their dispositive motions in this matter; however, due to the press of other litigation matters, compounded by the holiday/end of year schedule, the complexity of the issues to be addressed on summary judgment, and other unique exigencies, Defendants require a brief extension of time in order to finalize and file such motions.

5. Of significant note, on Thursday, December 17, 2020, counsel for the Defendant Officers was forced to shut down its law offices unexpectedly due to an employee's testing positive for COVID-19 and remains short-staffed and open on only a limited basis as of the filing of this Motion, which has resulted in delays and a backlog of work in several matters, hindering Defendants' efforts to finalize their dispositive motions by the upcoming deadline.

6. Counsel for the City has also been relegated to working remotely due to COVID-19 safety protocols, which has further hindered Defendants' efforts to finalize dispositive motions by the upcoming deadline.

7. Defendants recognize that the Court's Amended Scheduling Order states that the Court will grant no further extensions of deadlines, but respectfully wish to advise the Court of Defendants' anticipation that based upon the above-stated issues which they submit constitute good cause, meeting the current dispositive motion deadline would be extraordinarily onerous despite their diligence.

8. Accordingly, Defendants respectfully request a 14-day extension for the Parties to file their dispositive motions and memoranda of law, until and including January 19, 2021.

9. The brief extension of the deadline for the filing of dispositive motions requested herein is made in good faith and for no improper purpose or unnecessary delay and will not cause any undue delay to these proceedings.

10. Importantly, the extension requested herein will not affect any other deadlines set forth in the Court's Amended Scheduling Order.

11. Moreover, trial of this cause is not set to commence until the Court's two-week trial calendar beginning August 16, 2021, and thus the brief extension requested herein should not appreciably impact the Court's ability to evaluate and rule upon the Parties' dispositive motions in advance of trial.

12. In compliance with S.D. Fla. L.R. 7.1(a)(3), the undersigned has conferred with Plaintiffs' counsel regarding the extensions requested herein, who has stated that Plaintiffs have no objection to the extension requested herein.

13. In accordance with S.D. Fla. Local Rule 7.1(a), a proposed Order granting the instant motion is attached hereto as Exhibit "A".

**WHEREFORE**, based upon the foregoing, Defendants respectfully request that this Honorable Court enter an order extending the deadline for the filing of all dispositive motions until and including January 19, 2021, and providing any further relief this Court deems equitable and just.

## **CERTIFICATE OF CONFERRAL PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for the movant has conferred with Plaintiffs' counsel regarding the extensions sought herein, who has indicated that Plaintiffs have no objection to the relief requested herein.

Dated this 31st day of December, 2020.

Respectfully Submitted,

| | |
|---|---|
| s/Robert L. Switkes<br>Robert L. Switkes, Esq.<br>Florida Bar No. 241059<br>rswitkes@switkeslaw.com<br>**SWITKES & ZAPPALA, P.A.**<br>407 Lincoln Road, Penthouse SE<br>Miami Beach, Florida 33139<br>Telephone: (305) 534-4757<br>Facsimile: (305) 538-5504<br>*Attorneys for Defendant Officers* | RAUL J. AGUILA, CITY ATTORNEY<br>CITY OF MIAMI BEACH<br>1700 CONVENTION CENTER DR., 4TH FL<br>MIAMI BEACH, FLORIDA 33139<br>TELEPHONE: (305) 673-7470<br>FACSIMILE: (305) 673-7002<br>s/Robert F. Rosenwald<br>Robert F. Rosenwald, Jr., Esq.<br>First Assistant City Attorney<br>Florida Bar No. 019003<br>E-Mail: RobertRosenwald@miamibeachfl.gov<br>*Attorneys for Defendant, City of Miami Beach* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of December, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                           s/Robert L. Switkes  
                                                                           Robert L. Switkes, Esq.

## SERVICE LIST
*Florida Carry, Inc., et al v. City of Miami Beach, et al.*
**United States District Court, Southern District of Florida**
**Case No.: 19-cv-22303-KMW**

**Eric Friday, Esq.**
Kingry & Friday
1919 Atlantic Blvd.
Jacksonville, Florida 32207
Phone: 904-722-3333
Fax: 954-900-1208
E-Mail: efriday@ericfriday.com
*Attorney for Plaintiffs*

**Noel H. Flasterstein, Esq.**
Law Offices of Noel H. Flasterstein
1700 S. Dixie Hwy, Suite 501
Boca Raton, Florida 33432
Phone: 813-919-7400
*Attorney for Plaintiffs*

**Mark Fishman, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
*Attorney for Defendant, City of Miami Beach*

**Robert F. Rosenwald, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
Fax: 305-673-7002
E-Mail: RobertRosenwald@miamibeachfl.gov
*Attorney for Defendant, City of Miami Beach*