UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-cv-22303-KMW

FLORIDA CARRY, INC., a
Florida not for profit corporation, *et al.,*

    Plaintiffs,
vs.

CITY OF MIAMI BEACH, *et al.,*

    Defendants.
_____/

**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF
THEIR MOTIONS FOR SUMMARY JUDGMENT**

Defendants, CITY OF MIAMI BEACH, MICHAEL GARCIA ("Officer M. Garcia"), KENNETH BOLDUC ("Sergeant Bolduc"), GUSTAVO VILLAMIL ("Officer Villamil"), BRIAN RIVERA ("Officer Rivera"), EDUARDO GARCIA ("Lieutenant E. Garcia"), JESSICA SALABARRIA ("Sergeant Salabarria"), NAHAMI BICELIS ("Officer Bicelis"), ROBERT MITCHELL ("Officer Mitchell"), LAVANIEL HICKS ("Officer Hicks"), and ELIZABETH VIDAL ("Officer El. Vidal") (collectively, the "Defendants"), by and through their undersigned attorneys, hereby file the following Appendix of Exhibits in Support of their respective Motions for Summary Judgment and Undisputed Statement of Facts in Support thereof.

Dated this 2nd of February, 2021.

| | |
|---|---|
| s/Robert L. Switkes | RAUL J. AGUILA, CITY ATTORNEY |
| Robert L. Switkes, Esq. | CITY OF MIAMI BEACH |
| Florida Bar No. 241059 | 1700 CONVENTION CENTER DR., 4TH FL |
| rswitkes@switkeslaw.com | MIAMI BEACH, FLORIDA 33139 |
| s/Bradley F. Zappala | TELEPHONE: (305) 673-7470 |
| Bradley F. Zappala, Esq. | FACSIMILE: (305) 673-7002 |
| Florida Bar No. 111820 | s/Robert F. Rosenwald |
| bzappala@switkeslaw.com | Robert F. Rosenwald, Esq. |
| Switkes & Zappala, P.A. | E-Mail: RobertRosenwald@miamibeachfl.gov |
| 407 Lincoln Road, Penthouse SE | *Attorneys for Defendant, City of Miami Beach* |
| Miami Beach, Florida 33139 | |
| Telephone: (305) 534-4757 | |
| Facsimile: (305) 538-5504 | |
| *Attorneys for Defendant Officers* | |

1

# INDEX TO APPENDIX

| EXHIBIT | DESCRIPTION |
|---|---|
| A | FloridaCarry.org Homepage (Screenshot) |
| B | Deposition Transcript of Sean Caranna, Florida Carry Corporate Representative<br>Case No.: 19-cv-22303-KMW |
| C | Taylor GroPro/YouTube Video ("Taylor Video") *+ |
| C-1 | Transcript of Taylor Video |
| D | Deposition Transcript of Plaintiff, Michael Taylor<br>Case No.: 19-cv-22303-KMW |
| E | Deposition Transcript of Plaintiff, Christopher Philpot<br>Case No.: 19-cv-22303-KMW |
| F | South Pointe Beach Photographs (from South Pointe Pier) |
| G | Government Cut Cruise Ship Photographs (from South Pointe Pier) |
| H | Port of Miami Statistics Brochure (2019) |
| I | Aerial Image of US Coast Guard Station/South Pointe Pier |
| J | Expert Report of Dr. Ron Martinelli, Defendants' Police Expert |
| K | Sworn Declaration of Officer Gustavo Villamil |
| L | Plaintiff Devine's Answers to Defendants' Interrogatories<br>Case No.: 19-cv-22303-KMW |
| M | Miami Beach Call for Service Detail ("CAD") Report re: Subject Incident |
| N | Deposition Transcript of Plaintiff, Carlos Gutierrez<br>Case No.: 19-cv-22303-KMW |
| O | Officer Rivera's Offense Incident Report ("OIR") re: Subject Incident |
| P | Sergeant Bolduc's Offense Incident Report ("OIR") re: Subject Incident |
| Q | Officer M. Garcia Body Worn Camera ("BWC") Video 1 of 2 *+<br>(File Name: 18-66518 VIDEO 1 GARCIA - AXON_Body_2_Video_2018-06-24_1007) |
| Q-1 | Transcript of Officer M. Garcia BWC Video 1 |

| | |
|---|---|
| R | Photographs of Officers w/ Weapons Down/Holstered Upon Securing Armed Plaintiffs |
| S | Non-Party Officer Ferbeyre's Offense Incident Report ("OIR") re: Subject Incident |
| T | Officer Mitchell Offense Incident Report ("OIR") re: Subject Incident |
| U | Sworn Declaration of Officer Nahami Bicelis |
| V | Sergeant Salabarria Offense Incident Report ("OIR") re: Subject Incident |
| W | Officer Hicks Offense Incident Report ("OIR") re: Subject Incident |
| X | Officer Hicks Body Worn Camera Video ("BWC") 1 of 3 *<br>(File Name: 18-66518 VIDEO 36 HICKS - AXON_Body_2_Video_2018-06-24_1010) |
| Y | Officer El. Vidal Offense Incident Report ("OIR") re: Subject Incident |
| Z | Officer Vidal Body Worn Camera Video ("BWC") 1 of 2 *<br>(File Name: 18-66518 VIDEO 39 VIDAL ELIZABETH - AXON_Body_2_Video_2018-06-24_1020) |
| AA | IME Report re: Plaintiff Taylor Dated June 5, 2020 |
| BB | Plaintiff Weiss's Answers to Defendants' Interrogatories<br>Case No.: 19-cv-22303-KMW |
| CC | Officer M. Garcia Body Worn Camera ("BWC") Video 2 of 2 *<br>(File Name: 18-66518 VIDEO 2 GARCIA - AXON_Body_2_Video_2018-06-24_1051) |
| DD | Deposition Transcript of Plaintiff, Sean Devine<br>Case No.: 19-cv-22303-KMW |
| EE | Letter to City Commission re: Open Carry Dated October 17, 2018 |
| FF | Sworn Declaration of Assistant CMB Police Chief Paul Acosta |
| GG | Florida Carry "Open Carry" Event Advertisement dated October 2018 |
| HH | Transcript Dispatch Recordings |
| II | Plaintiff, Florida Carry's, Answers to Defendants' Interrogatories<br>Case No.: 19-cv-22303-KMW |
| JJ | Plaintiff, Christopher Philpot's Answers to Defendants' Interrogatories |

Case No.: 19-cv-22303-KMW

| | |
|---|---|
| KK | Plaintiff, Steven Jenkins', Answers to Defendants' Interrogatories<br>Case No.: 19-cv-22303-KMW |
| LL | Plaintiff, Carlos Gutierrez's Answers to Defendants' Interrogatories |
| MM | Plaintiff, Michael Taylor's Answers to Defendants' Interrogatories |

*\* Electronic exhibit(s) to be conventionally filed pending Court approval of Defendants' Motion for Leave to Conventionally File Video Exhibits.*
*+ For the convenience of the Court and the Parties, a written transcript of said video has also been included in the Appendix and filed via CM/ECF under the same Exhibit tab as the referenced video exhibit.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Bradley F. Zappala, Esq.

**SERVICE LIST**
*Florida Carry, Inc., et al v. City of Miami Beach, et al.*
**United States District Court, Southern District of Florida**
**Case No.: 19-cv-22303-KMW**

**Eric Friday, Esq.**
Kingry & Friday
1919 Atlantic Blvd.
Jacksonville, Florida 32207
Phone: 904-722-3333
Fax: 954-900-1208
E-Mail: efriday@ericfriday.com
*Attorney for Plaintiffs*

**Noel H. Flasterstein, Esq.**
Law Offices of Noel H. Flasterstein
1700 S. Dixie Hwy, Suite 501
Boca Raton, Florida 33432
Phone: 813-919-7400
*Attorney for Plaintiffs*

**Mark Fishman, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
*Attorney for Defendant, City of Miami Beach*

**Robert F. Rosenwald, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
Fax: 305-673-7002
E-Mail: RobertRosenwald@miamibeachfl.gov
*Attorney for Defendant, City of Miami Beach*