Join Us

Search ...

# FDLE LAWSUIT

If you have purchased, or attempted to purchase, a firearm in Florida since 2015, you may be able to join our lawsuits against FDLE.

Go to www.FDLElawsuit.com to find out.

Florida Carry works tirelessly toward repealing and striking down ill-conceived gun control laws that have been proven to provide safe havens to criminals and be deadly to law abiding citizens.



Open and Concealed Carry Rights



Protecting Knife Owner Rights



Educating Anti-Gun Businesses



Protecting the Right to Bear Arms for All Law Abiding Adults



Enforcing Firearms Preemption Fighting Local Gun Bans



Removing Defense-Free Zones to Make the Public Safer

## ABOUT FLORIDA CARRY

Florida Carry is a Florida nonprofit, non-partisan, grassroots organization dedicated to advancing the fundamental civil right of all Floridians to keep and bear arms for self defense as guaranteed by the Second Amendment to the United States Constitution and the Constitution of Florida's Declaration of Rights.

Florida Carry, Inc. was organized in order to better coordinate activities, effectively lobby the state legislature, and to provide a legal entity capable of filing suit to demand compliance with state and federal law. Florida Carry stands to represent our members, the approximately 8 million gun owners, and countless knife and defensive weapon carriers of Florida. We are not beholden to any national organization's agenda that may compromise that mission. Florida Carry is the state's largest independent second amendment advocacy organization.

