```
 1

 2

 3

 4

 5

 6

 7

 8            TRANSCRIPT OF YOUTUBE VIDEO TITLED:

 9       GUNS POINTED AND 12 OFFICERS DON'T KNOW
              THE LAW MIAMI BEACH, FLORIDA
10
                    POSTED 6-27-18
11

12

13

14

15

16

17

18

19

20

21

22    Transcribed by Janet Betancourt, RPR, FPR, and Notary

23    Public in and for the State of Florida at Large.

24

25
```

```
1              MR. TAYLOR:  What's up everybody?  Soloyaker

2       here.  I'm on my way to Miami today going to a

3       Florida carry event.  This is going to be a really

4       good event.  I actually had a phone call.  I'll

5       put a link in the description below, but I called

6       them, and they weren't having no open carry.

7              So today is going to be interesting to go

8       to Miami and to see what Miami PD has to say

9       about some of us like-minded individuals open

10      carrying today.  So I will catch you on the

11      flip side.  I've got another two hours to get

12      to where I've got to go so I'll catch you

13      there.  All right?  Later guys.

14             (Music playing)

15             MR. TAYLOR:  What's up, Bud?  How you doing?

16             PARK RANGER:  Good morning.

17             MR. TAYLOR:  How you doing?

18             PARK RANGER:  That's got to go away.

19             MR. TAYLOR:  What does?

20             PARK RANGER:  That gun right there.

21             MR. TAYLOR:  Why?

22             PARK RANGER:  Because you can't carry open.

23             MR. TAYLOR:  I can open --

24             UNIDENTIFIED SPEAKER:  Florida statute for

25      you, sir.
```

```
 1              MR. TAYLOR:  Yeah, yeah.  I just want to let
 2         you know, man, I'm not trying to give you a hard
 3         time, but I'm just letting you know it's
 4         completely legal for me to do this.
 5              PARK RANGER:  Okay.
 6              UNIDENTIFIED SPEAKER:  That's the Florida
 7         statute.
 8              MR. TAYLOR:  If you want to go ahead and get
 9         your superiors here.
10              PARK RANGER:  This just passed?
11              MR. TAYLOR:  No, no.  Ten, twelve years.  Go
12         ahead and get your superiors here and get them
13         here so we can get this dealt with so that we
14         can --
15              UNIDENTIFIED SPEAKER:  So we can all enjoy
16         our day.
17              MR. TAYLOR:  We are trying to catch fish.
18         We are trying to catch dinner, and you are kind of
19         -- if you need to, get FWC as well so they can
20         check our fishing license at the end of the day.
21              UNIDENTIFIED SPEAKER:  Florida statute
22         allows open carry.
23              MR. TAYLOR:  Florida statute.  And your city
24         statute -- your city ordinances don't mean
25         anything.
```

```
 1              PARK RANGER:  Here you go.

 2              MR. TAYLOR:  Oh, thanks, Bud.  I know this.

 3     I was trying to help you.  This is for you, Bud.

 4     No?  All right.

 5              PARK RANGER:  First of all, I'm not a police

 6     officer.  I'm a park ranger.

 7              MR. TAYLOR:  That's fine.  We just see a

 8     badge.  We are trying to be respectful, but at the

 9     same time you are telling us we can't do this and

10     we are telling you we can.

11              PARK RANGER:  Open carry -- it's concealed

12     carry.

13              MR. TAYLOR:  No, no, no.

14              PARK RANGER:  Do you have a license for

15     that?

16              MR. TAYLOR:  You don't need a license.

17     That's why we were trying to give you this.

18              PARK RANGER:  Do you have a concealed

19     weapons license?

20              UNIDENTIFIED SPEAKER:  Yes.

21              PARK RANGER:  You do?

22              MR. TAYLOR:  I don't.

23              PARK RANGER:  Okay.  That's an issue.  I

24     think it's going to be an issue.

25              MR. TAYLOR:  It's not going to be an issue.
```

1        Here you go, Buddy.

2              PARK RANGER:  I don't need a piece of paper

3        with words on it.

4              MR. TAYLOR:  It's the Florida statute.

5              PARK RANGER:  I'm putting a call into my

6        supervisor.

7              MR. TAYLOR:  I'm surprised you haven't heard

8        of this statute before.

9              PARK RANGER:  Never heard that one.

10              UNIDENTIFIED SPEAKER:  This is what we are

11        here for, to educate the public.

12              MR. TAYLOR:  I called.  No, nobody ever

13        knows.  I tried.

14              UNIDENTIFIED SPEAKER:  Is there a

15        (inaudible) to this park?

16              MR. TAYLOR:  The kids section.  It was a

17        little concerning to just -- I don't want to scare

18        people, but at the same time, like, how are you

19        all doing?

20              UNIDENTIFIED SPEAKER:  Good morning, sir.

21              MR. TAYLOR:  I got water over here.  They

22        are all sealed bottles if you want one.

23              We don't know.  We just do this and you

24        know.

25              UNIDENTIFIED SPEAKER:  Seems like people

```
1        doesn't matter.

2              MR. TAYLOR:  Sorry you don't know the law.

3              MR. TAYLOR:  If you can refer to me as a

4        white male because I am actually a white male.

5        I'm half Irish, so that makes a difference.

6              UNIDENTIFIED SPEAKER:  The red in your

7        beard.

8              MR. TAYLOR:  I got a little Afro.  I got

9        some Asian in me too.  That's why I'm a little

10       more white than anything.

11             UNIDENTIFIED SPEAKER:  You are not much

12       darker than I am.  I spend my life in the sun.  My

13       legs are a different story.

14             MR. TAYLOR:  It's so like -- it's the Afro

15       guy.  It's the black guy.  Why does it always got

16       to be the black guy?

17             He's, like, I'm going to get promoted to

18       friggin -- no more bicycle riding for me.

19             How are you doing?

20             UNIDENTIFIED SPEAKER:  Good morning.

21             UNIDENTIFIED SPEAKER:  Dude, I have to go to

22       the bathroom so bad.

23             MR. TAYLOR:  I feel you man.  Like, dude,

24       that's why I tried -- like, all these events I try

25       to do, I try to keep it where there's a bathroom.
```

```
 1        It's so hard.  It is so hard.

 2             UNIDENTIFIED SPEAKER:  Good morning guys.

 3    What's going on?

 4             (Crosstalk)

 5             UNIDENTIFIED SPEAKER:  Hey man, what's up?

 6    What are you guys up to?

 7             MR. TAYLOR:  Well, we are waiting for Miami

 8    PD.

 9             UNIDENTIFIED SPEAKER:  Are they on the way?

10             MR. TAYLOR:  Yeah.

11             UNIDENTIFIED SPEAKER:  Whose that?

12             MR. TAYLOR:  Park ranger.

13             UNIDENTIFIED SPEAKER:  The park ranger said

14    what we are doing is illegal.

15             MR. TAYLOR:  You can't do this.  The guy

16    with the Afro, he's like totally not carrying a

17    concealed weapons license.

18             UNIDENTIFIED SPEAKER:  He's like you don't

19    have a concealed -- you're definitely illegal.

20             MR. TAYLOR:  You are definitely going to

21    jail today, Buddy.

22             UNIDENTIFIED SPEAKER:  He asked do you have

23    a concealed carry permit.

24             (Crosstalk)

25             MR. TAYLOR:  I tried.  Here.  No.  At this
```

```
1        point I don't even need a fishing pole.  I got a

2        fishing pole right behind me.  I don't give a

3        fuck.

4            Here they come and he's telling people to

5        go the other way.

6            (Inaudible Chatter.)

7            UNIDENTIFIED SPEAKER:  I was expecting at

8        least 20 officers.  So five and all these side

9        arms.

10            MR. TAYLOR:  All right, everybody.  Eric

11        Friday, Eric, Kevin, everybody that you know,

12        we've got a little police interaction happening

13        here down here at Miami.  We are just going to

14        keep this going live just so that there's no -- no

15        bullshit.

16            We are all fishing.  We are all open

17        carrying, and completely legal.  And we are

18        about to find out what's going to go down.

19        This should be it.  This should be a good

20        interaction.  They should be, like, hey, just

21        respect the law and that's what we are doing.

22            Even though the park ranger did say

23        something about me having an Afro and being

24        a -- maybe we won't say an African American

25        male, but just saying something about my Afro,
```

1        but we'll see what happens.

2             POLICE OFFICER:  Hands down.  Don't move for

3        the gun.

4             MR. TAYLOR:  I ain't touching my gun man.

5        Put it on your head.

6             (Audio cuts out.)

7             POLICE OFFICER:  Put it on your head.

8             MR. TAYLOR:  Why?  What's going on man?

9        What's going on, guys?  I'm not resisting.  Not

10       resisting.  Not resisting.  I don't know what's

11       going on.

12            POLICE OFFICER:  We'll explain to you now.

13            MR. TAYLOR:  I'm letting you know within the

14       Florida statute it's locked and loaded, buddy.

15       It's a server holster.  Please.  Sit down?  Are

16       you telling me to sit down?

17            POLICE OFFICER:  Sit down.

18            MR. TAYLOR:  I'm sitting down.  I'm trying.

19            POLICE OFFICER:  We are going to explain it

20       to you.

21            MR. TAYLOR:  Excuse me, Officer.  I'm not

22       trying to resist, but you see that little paper

23       over there?  You see that paper?  Excuse me, sir.

24            POLICE OFFICER:  We'll talk about that.

25            MR. TAYLOR:  You see that paper?

```
 1              POLICE OFFICER:  We'll deal with it.  Have a

 2      seat for me first.  Uncross your legs.

 3          MR. TAYLOR:  This is -- this is -- hey, I do

 4      not consent.  I'm trying to preach my fourth, my

 5      fifth, my first, my second.  This is all a bunch

 6      of bullshit.

 7              I just don't know what's going on, guys,

 8      because you should know the friggin open carry

 9      statute while you are fishing, hunting or

10      camping, but obviously you don't.  This is --

11      this is against my second amendment right.

12          POLICE OFFICER:  We can have our

13      conversation about it in just a second.

14              UNIDENTIFIED SPEAKER:  Yes, sir.

15          MR. TAYLOR:  Am I under arrest?

16          POLICE OFFICER:  No, sir.  You are just

17      being detained right now.

18          MR. TAYLOR:  For what?  For being a legal

19      citizen?  This is a bunch of friggin -- hey guys.

20      Fuck man.

21              (Inaudible Chatter).

22          MR. TAYLOR:  Excuse me, sir.  Do you see

23      that over there by that black bag?  There's a

24      Florida statute right there that will help you

25      understand why we are out here.
```

```
1              POLICE OFFICER:  Do you have any other
2         weapons?
3              MR. TAYLOR:  No, sir.  But, sir, you see
4         where I'm looking -- not mine.  Excuse me, sir.
5         Officer Villa or Villamont (phonetic)?  Excuse me,
6         sir, Mitchell?  Can you look at that little paper
7         right there next to that black bag?  It will
8         explain the Florida statute law open carrying
9         while fishing, hunting and camping.  I'm just
10        trying to help you out.
11             POLICE OFFICER:  We'll figure it out.
12             MR. TAYLOR:  I understand.  Sir, I don't
13        consent to you searching my bag.
14             POLICE OFFICER:  Reference what?
15             MR. TAYLOR:  I told you about the little
16        friggin -- that paper right there that would
17        explain that we are all legal citizens, and we are
18        not doing anything illegal.
19             This is -- yeah, I got squid and shrimp.
20        I'm fishing.  I'm trying to be legal, sir.
21             I'm trying to help you out, man.  Right
22        now, this is not -- this is not helping me out.
23        This is --
24             POLICE OFFICER:  Do you know what it is?
25             MR. TAYLOR:  What is it?
```

```
 1              POLICE OFFICER:  Officer safety, your
 2    safety.
 3              MR. TAYLOR:  I wasn't threatening nobody.
 4              POLICE OFFICER:  I know but we --
 5              MR. TAYLOR:  I wasn't hurting nobody.  My
 6    name is Mike Taylor.  What do you want to know?
 7              POLICE OFFICER:  My name is Mitchell.
 8              MR. TAYLOR:  Okay.  See, as a man to man I'm
 9    trying to help you out.
10              POLICE OFFICER:  Okay.  And we are going to
11    get there.
12              MR. TAYLOR:  You see that paper there?  Hey,
13    I do not consent to any search or seizures of my
14    property, sir.  I'm not doing anything illegal.
15              POLICE OFFICER:  I understand the situation.
16              MR. TAYLOR:  If I'm doing something
17    illegal --
18              POLICE OFFICER:  Is that your name, Taylor?
19              MR. TAYLOR:  Yes, sir.  If I was doing
20    something illegal, I'm all about saying yeah, I'm
21    friggin complying.  But I'm not doing nothing
22    illegal.
23              POLICE OFFICER:  We'll get there.  We don't
24    know.
25              MR. TAYLOR:  But, sir, I'm asking you to
```

```
1          look at that paper right there right next to that
2          black bag.
3               POLICE OFFICER:  And we will.
4               MR. TAYLOR:  You got to treat me like a
5          friggin --
6               POLICE OFFICER:  I'm treating you like I
7          would treat my own son.  You could be my own son.
8               MR. TAYLOR:  If your son was fishing or
9          hunting, and he was open carrying while fishing,
10         hunting or camping legally, would you treat your
11         son like this?  No, no.  Real man to man -- you
12         just asked me.
13              POLICE OFFICER:  Yes.  And I'll tell you
14         why.  Okay?  Because in this environment that we
15         live --
16              MR. TAYLOR:  I'm sorry.  I'm sorry that
17         there are legal citizens that do the right thing,
18         but you are treating me like an illegal citizen
19         like I'm doing something wrong.  I'm not.
20              POLICE OFFICER:  If there's no problem, then
21         there's no problem, but we have to get there
22         first, okay?
23              MR. TAYLOR:  Hey, Jonah, can you help these
24         guys understand that I'm not a friggin illegal
25         citizen and not doing anything wrong?
```

```
 1                  POLICE OFFICER:  We'll get there.

 2                  MR. TAYLOR:  Yeah.

 3                  POLICE OFFICER:  We'll get there.

 4                  MR. TAYLOR:  Right now, dude, I've got a bad

 5          rotator cuff right now.  My shoulder is messed up.

 6          Can you help me out?  Can you hook me in the

 7          front?

 8                  POLICE OFFICER:  Just chill.

 9                  MR. TAYLOR:  Can you hook me in the front so

10          -- my shoulder is messed up.

11                  POLICE OFFICER:  Yes, yes.

12                  MR. TAYLOR:  Come on, man.  I'm asking man

13          to man.  I'm not doing nothing illegal.  We have

14          not resisted.  I'm just asking to be hooked in the

15          front so I can't --

16                  POLICE OFFICER:  You got to stay back there.

17                  MR. TAYLOR:  Hey, hey.  Hey, excuse me.

18          Hey, start recording.  Please record.  Hey news.

19          Hey, you are -- by the first amendment you can

20          start recording.  Please, please record.  Please

21          pick up your camera and start recording man.  You

22          know you can.  No, I'm not making --

23                  UNIDENTIFIED SPEAKER:  Just let them do

24          their thing.

25                  UNIDENTIFIED SPEAKER:  We are completely
```

```
1          legal what we are doing.

2               MR. TAYLOR:  But they are treating -- I've

3          got friggin shoulder problems and I'm asking to be

4          hooked in the front because my shoulder.

5               POLICE OFFICER:  Relax, relax.  Enough is

6          enough.  Relax.

7               MR. TAYLOR:  You guys tell me enough is

8          enough.

9               POLICE OFFICER:  Relax, relax.

10              MR. TAYLOR:  You took my gun.  You are

11         treating me like crap.  This ain't cool, man.  You

12         know, you wouldn't treat your son like this.  You

13         know better.

14              POLICE OFFICER:  Yes, I would.

15              MR. TAYLOR:  No, you wouldn't.

16              POLICE OFFICER:  You are not being

17         mistreated.  Just relax.

18              MR. TAYLOR:  I'm asking because my shoulder

19         man.

20              POLICE OFFICER:  I'll help you out, but we

21         got to assess the situation in a second.  You are

22         carrying on.  You are putting drama where drama

23         does not need to be.

24              MR. TAYLOR:  You guys brought the drama.  I

25         didn't bring the drama.  They pointed guns at me.
```

1     I didn't point guns at anybody.

2          POLICE OFFICER:  Every time we get a gun

3     call like that --

4          MR. TAYLOR:  That's -- that's -- that's the

5     problem with friggin people in the world is that

6     there's nut bags, and we are a bunch of legal

7     citizens, and you are pointing guns at me like I'm

8     trying to kill somebody.  I'm fishing.  You guys

9     are out of your mind.

10         UNIDENTIFIED SPEAKER:  When it's all said

11    and done, Michael, the attorney is going to handle

12    it, and we are all going to have a nice day.

13         Let Eric do his thing.  Eric will do his

14    thing.

15         MR. TAYLOR:  No, no, even from the phone

16    call.  I even called Miami PD, if I go down

17    fishing in Miami, you can see it on YouTube.  You

18    guys should have already been notified by our

19    lawyers from Florida Carry.

20         UNIDENTIFIED SPEAKER:  We notified them.

21         MR. TAYLOR:  Yeah, yeah.  Believe me, dude,

22    I've done my homework.  I know the law.  That's

23    why we are here is because it's a legal right, and

24    you guys are treating me like an illegal -- like

25    some kind of -- this is BS.  This is a bunch of BS

```
 1      right now.
 2           UNIDENTIFIED SPEAKER:  It's not worth the
 3      breath.  Let them do their investigation.  Let
 4      them do their thing, and we'll get back on our
 5      way.
 6           MR. TAYLOR:  I'm asking just so I can be
 7      hooked in the front so I can deal with my
 8      shoulder.  They are treating me -- dude, you might
 9      as well go ahead and call fucking -- I need a
10      paramedic.  My shoulder is messed up because of
11      you guys keeping in this, and I'm asking, asking.
12      I need a paramedic.  Can I get some assistance?  I
13      need some medical assistance.  Please?
14           I need medical assistance, sir.
15           POLICE OFFICER:  What's wrong with you?
16           MR. TAYLOR:  My shoulder.  I've got rotator
17      cuff problems, and right now because of my
18      shoulder and being detained right now and I'm
19      asking for help.  Nobody wants to help.  Okay.  Go
20      ahead and call them.  Get them here.
21           Thank you for calling me a white male
22      because, you know, that's the real deal right
23      there.
24           POLICE OFFICER:  We are going to take care
25      of you.
```

```
 1              MR. TAYLOR:  Good, good.  You should because
 2         that's my right.
 3              POLICE OFFICER:  Watch your legs.
 4              MR. TAYLOR:  I'm not going to watch
 5         anything.  Dude, leave my phone alone.  I do not
 6         consent to you touching any of my property.
 7              Dude, I've got a paper right there on
 8         this black back pack.
 9              UNIDENTIFIED SPEAKER:  You got a copy of the
10         statute right here.
11              MR. TAYLOR:  You guys don't know your laws,
12         and you don't know your rules, and this is
13         retarded.
14              UNIDENTIFIED SPEAKER:  We've done this in
15         every city, Boynton, Lake Worth.
16              MR. TAYLOR:  Dude, there was 200 plus people
17         in Ocala.  There was over 15 people in Fort Pierce
18         where I'm from.
19              UNIDENTIFIED SPEAKER:  We had about 17
20         people in Lake Worth.  This is the first time
21         we've had an issue like this.
22              MR. TAYLOR:  If you guys actually look at
23         that piece of paper right over there and look at
24         it, and it will tell you the Florida statute
25         790.25, section 3, subsection 8.  But none of you
```

```
 1       all want to look at it.  You all want to look at

 2       me so like I'm some kind of criminal.

 3            I'm trying to watch my fishing pole, and

 4       I can't catch fish because, guess what, you

 5       guys are treating me like I'm a criminal, plain

 6       and simple.

 7            UNIDENTIFIED SPEAKER:  Michael, we are not

 8       changing their minds.  They'll do their

 9       investigation.

10            MR. TAYLOR:  I don't care about changing

11       their mind.  Maybe they will listen.

12            UNIDENTIFIED SPEAKER:  They won't.  They are

13       doing their job.  We are doing our thing out here,

14       and we will both go our separate ways.

15            MR. TAYLOR:  Please don't touch my -- I do

16       not consent to any of my -- search or seizure of

17       my property.  Don't touch my fishing pole.

18            POLICE OFFICER:  But you are getting a bite.

19            MR. TAYLOR:  I don't care.  Like you're some

20       kind of fisherman, dude.  I catch bigger fish than

21       you are tall.

22            POLICE OFFICER:  Let it go?

23            MR. TAYLOR:  I don't care.  Don't touch my

24       fishing pole, plain and simple.

25            POLICE OFFICER:  You get why we got called
```

```
 1    out here?  You do understand that, right?
 2         MR. TAYLOR:  Dude, you want to know
 3    something?  I fish every day in Fort Pierce,
 4    Stuart, Jensen Beach everyday, and do you know how
 5    many times I get police interactions?  Zero.
 6         POLICE OFFICER:  But you get why we got
 7    called out here?  We didn't just show up here
 8    because we wanted to.
 9         MR. TAYLOR:  I'm sorry the people, public
10    are not informed about the gun laws here in
11    Florida.  That's not my problem.
12         POLICE OFFICER:  If everything checks out --
13         MR. TAYLOR:  You got one, two, three, four,
14    five, six, seven, eight, nine, ten.  There's ten
15    of you all here, and I've had guns pointed at me,
16    and I'm just asking for a little relief off my
17    shoulder.
18         POLICE OFFICER:  If everything checks out,
19    you guys will be fine.  Rescue coming to check you
20    out.
21         MR. TAYLOR:  Right here.  You can read the
22    Florida statute right there off that little black
23    bag right there.  We are all going to be good.
24    You guys --
25         POLICE OFFICER:  If everything checks out,
```

```
1        you guys will be fine.

2              MR. TAYLOR:  You guys are a friggin joke.  I

3        knew -- my wife warned me about coming down here.

4        And I was like, you know something, they are not

5        going to be that bad.  Forget that.  You guys are

6        a joke.

7              We are all fishing.  That's what we are

8        doing.

9              (Inaudible Chatter.)

10             MR. TAYLOR:  You guys are worried about us

11       carrying guns, man.  Yeah, you guys -- the only

12       reason you guys can open carry your firearm is

13       because of the Florida statute, the Florida

14       statute gives you the right to open carry your

15       firearm.  Did you know that?  How about that?

16       Obviously not.

17             We are all just fishing.  That's at the

18       end of the day.  We are just fishing.  Is it

19       illegal to fish?  Have a bunch of friends get

20       together and go fishing.  You should friggin go

21       see the March of our Lives that are trying to

22       take away your gun rights.  How about them?

23       That's a crime right there.  Just because they

24       got a permit you get to say oh, I get to take

25       away your rights.  Yeah, get out of here.
```

```
 1              Can somebody help me out with my
 2       shoulder?  Can I get a water?  Can I get that
 3       water, sir?
 4              You guys are a bunch of fucking clowns,
 5       bro.
 6              POLICE OFFICER:  We are going to sit you on
 7       the bench, all right?  Which shoulder?
 8              MR. TAYLOR:  The left one.
 9              POLICE OFFICER:  This one hurts?
10              MR. TAYLOR:  Yeah.
11              POLICE OFFICER:  All right.  We are going to
12       pick you up on this side.
13              MR. TAYLOR:  Hold on.  I'm about to get my
14       foot under.
15              POLICE OFFICER:  There you go.  Sit on the
16       bench right here.
17              MR. TAYLOR:  It's better if I stand up
18       because that's the way -- I'll sit up against this
19       fence right here.  But just allow me -- it makes
20       it better for my shoulder.
21              POLICE OFFICER:  Lean up against the pole?
22              MR. TAYLOR:  Yeah.  I ain't going nowhere.
23       You got my gun.  You got everything.  So it's like
24       why am I going to run?  I wasn't even trying to
25       hurt nobody.  You know what I mean?  That's the
```

```
 1        funny thing about this, is nobody was getting

 2        hurt.  Nobody.  And the only person that got hurt

 3        today was me.

 4             What are you guys going to do about my

 5        vehicle and all the stuff after I got to go to

 6        the hospital because of you guys?  What do I do

 7        then?  You had me at gunpoint.

 8             UNIDENTIFIED SPEAKER:  Had all of us at

 9        gunpoint.

10             MR. TAYLOR:  All of us at gunpoint, dude.

11        Told me to get down.  Put my hand -- you kidding

12        me.  Jokes.  Don't even lie about the situation.

13        What's up?

14             (Inaudible Chatter.)

15             MR. TAYLOR:  Good, I'm glad.  You guys are

16        all in the wrong right now.  All of them.

17             UNIDENTIFIED SPEAKER:  Don't worry.  Eric is

18        going to take care of.

19             MR. TAYLOR:  Dude, I'm not worried about

20        Eric.  I'm worried about me.  Dude, I was already

21        targeted from the friggin park ranger when I was

22        called with an Afro.  You kidding me?  You kidding

23        me?  I was already targeted.  The first person

24        they pointed guns at was me.  I turn right there,

25        they are pointing guns saying put your hands.  I'm
```

```
1        like, whoa, what am I doing wrong?

2              All you all are wrong.  Mitchell, you've

3        been actually somewhat nice until you kind of

4        got quiet because they all told you to be, but

5        you know damn well you're in the wrong, wrong.

6        You wouldn't treat your son like this.  I

7        wouldn't treat my son like this.

8              Dude, my son had a mental illness.  I

9        would never let my son near a gun.  And you

10       know that I ain't got no mental problems.  I'm

11       just out here fishing.  And you guys are

12       treating me like some kind of African American

13       criminal.  This is bullshit.

14             (Inaudible Chatter.)

15          MR. TAYLOR:  Where is this ambulance, man?

16       My shoulder is screwed up right now, man.

17          POLICE OFFICER:  They are on their way.

18          MR. TAYLOR:  If you guys got shot, they

19       would be here a lot quicker.  Because it's me

20       today, you guys want to take your sweet ass time.

21       I understand.  Don't worry, man.  Just like I

22       friggin posted your friggin phone call to Miami PD

23       about open carry laws.  I'm going to be posting

24       the same stuff about you guys treating us like a

25       bunch of criminals.  All ten, 12 of you all
```

```
 1      compared to the eight of us that were out here

 2      legally fishing.  Legally.  Legal citizens.

 3           You guys are a bunch of crazy, friggin

 4      nut bags.  Just because our guns are probably

 5      bigger and more powerful than yours.  That's

 6      all I can tell you.

 7           Like, yeah, can you loosen this left one,

 8      man.  My shoulder is really screwed up, man.

 9      I'm asking because it's in pain, not because

10      I'm saying I'm trying to get away.  I ain't

11      running.  Where am I running?  Dude, there's 12

12      of you all, and there's one of me.  I ain't

13      running.  Unless you all can't swim, I'm

14      jumping in the water.  But I ain't jumping in

15      the water.  Tide is going out.  I'm going out

16      in the ocean.

17           As a matter of fact, hey, before every

18      one of you all police officers leave I want

19      your business card or your police ID number in

20      front of my camera because that is my legal

21      right to know who I am talking with.

22           (Inaudible Chatter.)

23           MR. TAYLOR:  Every one of you all.  Yeah,

24      it's all on this paper right here, but you all

25      don't want to even look at it.  You don't care.
```

```
 1        You guys can't read for yourselves or nothing.

 2            UNIDENTIFIED SPEAKER:  They're not calling

 3    the shots.

 4            MR. TAYLOR:  I'm not calling the shots.

 5            UNIDENTIFIED SPEAKER:  I said they are not.

 6            MR. TAYLOR:  They can figure out for

 7    themselves if they could just read, if they

 8    understand.  Obviously they went to school for law

 9    or at least Florida law and the Florida law is

10    right there.  All you got to do is read it.

11            UNIDENTIFIED SPEAKER:  Can I reel that in?

12    Can you reel it in?  It just keeps -- thank you.

13    Might be something on there.  Thank you, I

14    appreciate it.  I just don't want to lose the rod.

15    We come out here fishing and the police get to

16    catch our fish.

17        You can toss the hook over the side.

18            MR. TAYLOR:  Bunch of clowns, dude.

19            (Inaudible Chatter.)

20            MR. TAYLOR:  You should let them out here

21    because we are all legal citizens not trying to

22    harm anybody at the end of the day.

23        Bring them out because they should be

24    able to come out here and videotape this right

25    now in front of you all and make you all look
```

```
 1      like a bunch of clowns because you all know you

 2      doing nothing wrong.

 3           Can somebody just release this one, just

 4      the left one just a little bit?

 5           POLICE OFFICER:  They will be here in a

 6      little bit.

 7           MR. TAYLOR:  Dude, you are saying a little

 8      bit.  And I'm telling you my shoulder is fucking

 9      shot out right now.

10           I'm going to need those two guys leaving.

11      If they leave I need their names and badge

12      numbers please.  I need all you alls' badge

13      numbers.  Who wants to start?  All right.

14      Good.  We got one stepping up right now.

15           Where am I going?  You are hurting my

16      left shoulder, man.

17           POLICE OFFICER:  Let me direct you.

18           MR. TAYLOR:  Perfect.  Where are we going?

19           POLICE OFFICER:  To my car.

20           MR. TAYLOR:  Why?

21           POLICE OFFICER:  Because you are

22      uncomfortable.  I'm going to sit you down in the

23      car so you'll be comfortable.

24           MR. TAYLOR:  I don't need to be sat down.

25      Right now I need your name.
```

```
1              POLICE OFFICER:  I'll give you my name.

2              MR. TAYLOR:  I want your name.

3              POLICE OFFICER:  I'll write it down for you.

4              MR. TAYLOR:  No, you don't need to write it

5         down.  I need to hear it.

6              POLICE OFFICER:  Ferbeyre, F-E-R-B-E-Y-R-E.

7              MR. TAYLOR:  And badge number?

8              POLICE OFFICER:  140.

9              MR. TAYLOR:  Thank you.  And yours, ma'am?

10             POLICE OFFICER:  Godall (phonetic) 1084.

11             MR. TAYLOR:  1084.  Perfect.  That's a good

12        start.  There's my ride, right there.  That's

13        awesome, dude.  You're good.

14             POLICE OFFICER:  You've been drinking.

15             MR. TAYLOR:  I ain't been drinking nothing,

16        man.

17             POLICE OFFICER:  You smell like alcohol.

18             MR. TAYLOR:  I'm sorry I smell like alcohol.

19        But friggin I got up fucking 6:00  this morning.

20             POLICE OFFICER:  You're drunk.

21             MR. TAYLOR:  Dude, you are telling me I'm

22        drunk, and I'm fucking --

23             POLICE OFFICER:  You are intoxicated.

24             MR. TAYLOR:  You are out of your mind.

25             (Inaudible)
```

```
 1              MR. TAYLOR:  That's what I'm saying, man.

 2              PARAMEDIC:  You had the complaint?

 3              MR. TAYLOR:  Yeah, my shoulder.  I have a

 4      rotator cuff problem and as soon as they put me in

 5      cuffs because my shoulder can't go behind my back,

 6      they been trying -- it's been hurting.

 7              PARAMEDIC:  Okay.  So you are saying if you

 8      don't have the cuffs on your shoulder is fine?

 9              MR. TAYLOR:  I'm saying when my shoulder can

10      have a little more leniency to the front it's not

11      so bad.  While it's dragging behind me I can't do

12      anything.  That's the pain is behind.

13              PARAMEDIC:  It's not injured?

14              MR. TAYLOR:  It's injured.  It's still

15      injured.  I'm just saying, I tried to ask for

16      relief, and they don't want to give it to me.

17              PARAMEDIC:  When was the rotator cuff

18      injury?

19              MR. TAYLOR:  From back when I was like 25.

20              PARAMEDIC:  Was it torn?

21              MR. TAYLOR:  Torn, torn.

22              PARAMEDIC:  We can't -- for their safety we

23      can't tell them to take the cuffs off.

24              MR. TAYLOR:  I'm not saying -- I've been

25      asking just for relief so I can bring it to the
```

```
 1      front.  You are telling me you can't.  I'm just
 2      saying that's what I've been asking for is just a
 3      little relief.
 4          PARAMEDIC:  I'm going to feel both of them.
 5      Go ahead and relax.
 6          Put this ice pack under there, okay?
 7          Everything feels intact.  I don't feel
 8      any crepitus.  We are pressing, and you are not
 9      really complaining of pain.
10          POLICE OFFICER:  Why are you moving around
11      so much?
12          MR. TAYLOR:  Because of my shoulder.  Like I
13      said, man, you can check me.  I got nothing to
14      hide.  My shoulder is really fucked.
15          POLICE OFFICER:  You are moving around too
16      much.
17          MR. TAYLOR:  I understand.  There might be a
18      magazine in my back left pocket.
19          (Inaudible)
20          UNIDENTIFIED SPEAKER:  Illegally detained.
21      They took our IDs away.
22          MR. TAYLOR:  The whole time he was like you
23      are going to go to jail.
24          UNIDENTIFIED SPEAKER:  He just went to the
25      ambulance for the AC.
```

```
1              MR. TAYLOR:  I was trying to make a fucking
2         statement, like saying, hey, you want to be rude
3         and disrespectful.
4              UNIDENTIFIED SPEAKER:  They didn't need to
5         cuff any of us.
6              MR. TAYLOR:  None of us.
7              UNIDENTIFIED SPEAKER:  That wasn't
8         necessary.
9              MR. TAYLOR:  I got to get my fucking gun
10        back.
11             UNIDENTIFIED SPEAKER:  This has my phone.
12        I'm on the phone with Eric Friday and Richard
13        right now.
14             MR. TAYLOR:  Dude, I went live.  I went live
15        on fucking when that whole thing went down.
16             UNIDENTIFIED SPEAKER:  They are like, oh, so
17        we saw Michael's video.  Was there others?
18             I was, like, no, you saw Michael's phone
19        video.  Michael has Go Pro video and Steve has
20        Go Pro video.  They are like oh, perfect.  They
21        filmed most of the time .
22             MR. TAYLOR:  Mine shut off while I was in
23        the back of the cruiser.
24             UNIDENTIFIED SPEAKER:  I shouldn't have my
25        face covered for the fucking news.
```

1          MR. TAYLOR:  It don't matter.  I can't

2     believe they shut the whole thing down because

3     what?

4          UNIDENTIFIED SPEAKER:  I think it's funny

5     that PBSO is more tolerant.

6          MR. TAYLOR:  I was this close to bringing a

7     shotgun with me.

8          UNIDENTIFIED SPEAKER:  I was going to do a

9     carbon.  If we would have had carbons on us --

10          MR. TAYLOR:  At this point now, now it's

11     almost to the point where you specifically could

12     keep coming back.  The guy was like, did you see

13     the sign.  I said if it's a city ordinance, your

14     city ordinance means absolutely nothing.

15          UNIDENTIFIED SPEAKER:  It says it right

16     there in parenthesis.

17          MR. TAYLOR:  Doesn't matter.  City

18     ordinances do not mean anything in the State of

19     Florida.

20          UNIDENTIFIED SPEAKER:  It exempts --

21          UNIDENTIFIED SPEAKER:  Actually, that's not

22     true because all the other weapons aren't

23     preempted, so they can say shit about our knives.

24     That's why I didn't pursue that route because my

25     pocket knife.

```
1              MR. TAYLOR:  Well, I got a bunch of blood

2       and fish guts on my knife.  So they are probably

3       like this mother fucker is stabbing people.

4              There's Chris.  That's the contact you

5       need to get right there.  That's Chris.

6              (Inaudible Chatter.)

7              (Video concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  REPORTER CERTIFICATE

 2

 3          I, JANET BETANCOURT, Registered

 4   Professional Reporter, Florida Professional

 5   Reporter, certify that I was authorized and did

 6   transcribe the foregoing video and that this

 7   transcript is a true record to the best of my

 8   ability of the video recording.

 9          I further certify that I am not a

10   relative, employee, attorney, or counsel for any of

11   the parties nor am I a relative or employee of any

12   of the parties' attorney or counsel connected with

13   the action, nor am I financially interested in the

14   action.

15          Dated this 12th day of January 2021.

16

17

18          _____
            JANET BETANCOURT
19          Florida Professional Reporter
            Registered Professional Reporter
20

21

22

23

24

25
```