

# Port Guide
## 2018-2019










**Royal Caribbean | The Crown of Miami:** *November 2018, Royal Caribbean Cruises Ltd. officially opened Terminal A, the largest cruise terminal in the U.S., in partnership with Miami-Dade County. The new terminal serves as homeport to some of Royal Caribbean's largest ships.*



# INDEX

Economic Impact Summary ....................05

Snapshot & Key Advantages ..................07

Regional Summary ...............................09

Industry Assets ....................................11

FTZ 281 .............................................13

Cruise Partnerships .............................15

Cargo Partnerships .............................21

Country TEU .......................................23

Country Value......................................27

Commodity Value.................................31

Import/Export Commodities...................35

# ECONOMIC IMPACT SUMMARY

The local and regional economic impacts of marine cargo and cruise related business activities at PortMiami are large, diverse, and poised for continued growth.

PortMiami positively impacts more than 22,000 direct jobs in Miami-Dade County and the surrounding areas. User related and indirect job totals springboard PortMiami's total employment impact to approximately 334,500 jobs.

Personal incomes are also impacted by PortMiami business activities. Direct wages from cargo and cruise activities total more than $890 million dollars, and as a result of this economic infusion, more than $1.60 billion additional dollars of total income and local consumption expenditures are created by port businesses.

The total value of the economic impact created by cargo containers moving via PortMiami is estimated at $35 billion dollars to the State of Florida. This economic impact includes increased value added during the production of export cargo, as well as transportation, warehousing, and retail distribution activities for import cargo. This import and export activity generates state income equaling $10 billion dollars, and state and local taxes at approximately $2 billion dollars annually.

As a preferred Global Gateway to Latin America, Europe, the Middle East, India, and Asia; and as the passenger industry's undisputed Cruise Capital of the World, PortMiami propels more than $43 billion dollars in economic activity throughout Miami-Dade County and the State of Florida.





## CRUISE
*PAGE 15*

Total Cruise Ships Docked................................................1,220

Total Cruise Passengers................................................ 5,592,000

Total Cruise Lines (FY 2018) ..................................... 22

Total Cruise Ships (FY 2018) ..................................... 55

## CARGO
*PAGE 21*

Total Cargo Ships Docked ................................................ 1,000

Total TEU...........................................................1,084,000

Total Tonnage.......................................................... 9,611,960

Estimated Value ............................................................$27 billion

## KEY ADVANTAGES

➤ Modern cruising started at PortMiami over 50 years ago serving the world's top cruise lines.

➤ From its prime Downtown Miami location, cruise passengers can easily discover what Miami has to offer.

➤ Close proximity to the Caribbean, Panama, Mexico and beyond.

➤ Fast access from Miami International Airport via port tunnel.

➤ Goods, supplies, and provisions are sourced locally.

➤ A renowned global destination, offering cruise passengers pre- and post-cruise activities that supports overall travel and tourism: sports, entertainment, dining, arts, parks and beaches.

## KEY ADVANTAGES

➤ A trade nexus at the crossroads of north-south and east-west trade lanes.

➤ Closest US East Coast deepwater container port to the Panama Canal.

➤ Access to Florida's huge consumer market – Florida is the 3rd most populous state with 20 million residents and more than 120 million visitors annually.

➤ Global air connections via Miami International Airport, MIA is ranked first in international freight and third in international passengers in the US.

➤ All major global ocean carrier alliances call at PortMiami.

➤ Solid labor, law enforcement and business community partnerships.

# REGIONAL SUMMARY

## 2018 TEU TOTAL



- 49% Americas & Caribbean
- 33% Asia
- 13% Europe/Med
- 5% Middle East/India/Africa



| ● Asia | ● Americas & Caribbean | ● Europe/Med | ● Middle East/India/Africa |

## 2018 TEU IMPORT



- 48% Asia
- 32% Americas & Caribbean
- 17% Europe/Med
- 3% Middle East/India/Africa

## 2018 TEU EXPORT



- 70% Americas & Caribbean
- 14% Asia
- 8% Europe/Med
- 7% Middle East/India/Africa



# INDUSTRY ASSETS



## -50/-52 DEEPWATER CHANNEL

Only port south of Virginia at -50/-52 feet capable of handling fully laden 14,000 TEU vessels with a fast access channel only 2.5 nautical miles to the Atlantic Ocean.



## TRACTOR TUG SERVICE

Expanded towing and harbor ship services that provide a Z – drive thrust unit with an 80 ton bollard pull and 6,700 rated horse power capacity for the berthing and departure of containerized cargo vessels.



## NOAA PORTS® INSTALLED

NOAA's Center for Operational Oceanographic Products and Services successfully partnered with PortMiami to install a new PORTS® system.  As one of 31 systems operating across the nation's waterways, these real-time oceanographic and weather observations assist pilots and other mariners to safely navigate to and from PortMiami's docks.



## GANTRY CRANES

13 ship-to-shore cranes including six super Post-Panamax, the largest in the Southeastern U.S. The cranes have an outreach of 22 containers wide, stack up to nine containers high above deck, and 11 containers below deck with no height restrictions.



## ON-DOCK INTERMODAL RAIL

The freight rail connects the port with the national rail system. The service expedites the movement of goods throughout Florida and the continental U.S. reaching 70% of America's market within four days.



## DIRECT-ACCESS TUNNEL

The creation of a new vehicular access point directly linking PortMiami to the nation's interstate highway system has been a boon for downtown development. Close to 80% of port-generated traffic has been relocated away from downtown streets to the PortMiami Tunnel.  This successful Public-Private Partnership continues to receive recognition and award for its innovative design, creative financing, and breakthrough engineering.

# FOREIGN TRADE ZONE 281

PortMiami Foreign Trade Zone 281 encompasses a large Service Area in Miami-Dade County, stretching north from SW 8th Street to County Line Road, and east from the Urban Boundary Line to Miami Beach.

The Foreign Trade Zone Program encourages value-added activities at US warehouse facilities in competition with foreign alternatives.

Cargo merchandise may be brought into FTZ 281 for storage, inspection, testing, repair, distribution, relabeling, repackaging, display, and disposal. With approval, companies are also able to manufacture, assemble, and process goods within the Foreign Trade Zone.

User benefits include more flexibility, reduced costs, and focused government oversight resulting in greater profits. In the global marketplace, Foreign Trade Programs provide a competitive advantage and opportunities for companies to keep and grow their manufacturing or distribution operations in the United States.



**STEP 1**
**FTZ Application**
Applicant completes FTZ application and submits application to PortMiami
*(1-7 Days)*

**STEP 2**
**FTZ Designation**
PortMiami will coordinate with National FTZ Board on applicant's behalf FTZ board will approve site for designation
*(1-30 Days)*

**STEP 3**
**FTZ Activation**
Once designated by the FTZ board, applicant works with CBP to become an active FTZ site
*(2-6 Months)*

Fast, easy, low-cost application

Application Fee: $2,500

> " *Ultimately, FTZ 281 is the most strategic location to set up your import and export business in South Florida.* "



# CRUISE PARTNERSHIPS




















TERMINAL COMING 2021

## VIRGIN VOYAGES

The Virgin Voyages cruise terminal will be located on the northwest side of the port. The unique Palm Grove designed facility will break ground Fall 2019.  It is slated for completion by November 2021, in time for the arrival of the line's first ship *Scarlet Lady.*



TERMINAL COMING 2022

## MSC CRUISES

In January 2019, a Letter of Intent between MSC Cruises and Miami-Dade County was signed. The line plans to increase its annual passenger throughput and to design, build and operate two new cruise facilities at PortMiami.



FUTURE TERMINAL TO BE ANNOUNCED

## DISNEY CRUISE LINE

September 2018, an MOU with Disney Cruise Line to expand with two cruise ships and a possible new cruise terminal was approved by Miami-Dade County Commissioners.

# CARGO PARTNERSHIPS



# COUNTRY TEU

| | COUNTRIES | TOTAL  TEU |
|---|---|---|
| 1 | China | 159,535 |
| 2 | Honduras | 61,538 |
| 3 | Dominican Republic | 43,609 |
| 4 | Guatemala | 38,281 |
| 5 | El Salvador | 26,402 |
| 6 | Costa Rica | 25,629 |
| 7 | Jamaica | 22,447 |
| 8 | Italy | 22,175 |
| 9 | Colombia | 21,644 |
| 10 | Nicaragua | 19,866 |
| 11 | India | 17,585 |
| 12 | Vietnam | 17,295 |
| 13 | Peru | 16,713 |
| 14 | Spain | 16,460 |
| 15 | Haiti | 15,389 |
| 16 | Panama | 15,184 |
| 17 | Ecuador | 15,140 |
| 18 | Korea | 14,588 |
| 19 | Indonesia | 14,153 |
| 20 | Trinidad And Tobago | 13,208 |
| 21 | France | 12,473 |
| 22 | Netherlands | 11,451 |
| 23 | Taiwan | 10,741 |
| 24 | Mexico | 9,125 |
| 25 | Germany | 8,580 |
| 26 | Thailand | 8,346 |
| 27 | Malaysia | 6,914 |
| 28 | Turkey | 6,093 |
| 29 | Belgium | 5,883 |
| 30 | Singapore | 5,273 |

| | IMPORT COUNTRIES | IMPORT TEU |
|---|---|---|
| 1 | China | 140,469 |
| 2 | Honduras | 26,236 |
| 3 | Guatemala | 21,912 |
| 4 | Dominican Republic | 19,620 |
| 5 | Italy | 16,089 |
| 6 | Vietnam | 14,252 |
| 7 | Spain | 13,020 |
| 8 | Nicaragua | 11,252 |
| 9 | France | 10,827 |
| 10 | Korea | 10,316 |
| 11 | El Salvador | 10,296 |
| 12 | Netherlands | 8,071 |
| 13 | Peru | 7,760 |
| 14 | Costa Rica | 7,702 |
| 15 | Mexico | 7,702 |
| 16 | Thailand | 7,376 |
| 17 | Indonesia | 7,260 |
| 18 | Ecuador | 6,985 |
| 19 | India | 6,794 |
| 20 | Germany | 6,738 |
| 21 | Taiwan | 6,657 |
| 22 | Colombia | 5,833 |
| 23 | Turkey | 5,668 |
| 24 | Belgium | 4,604 |
| 25 | Malaysia | 3,881 |
| 26 | Hong Kong | 3,511 |
| 27 | Singapore | 3,383 |
| 28 | Jamaica | 2,988 |
| 29 | Haiti | 2,754 |
| 30 | Japan | 2,711 |

| | EXPORT COUNTRIES | EXPORT TEU |
|---|---|---|
| 1 | Honduras | 35,302 |
| 2 | Dominican Republic | 23,990 |
| 3 | Jamaica | 19,458 |
| 4 | China | 19,066 |
| 5 | Costa Rica | 17,927 |
| 6 | Guatemala | 16,369 |
| 7 | El Salvador | 16,106 |
| 8 | Colombia | 15,811 |
| 9 | Panama | 12,961 |
| 10 | Trinidad And Tobago | 12,952 |
| 11 | Haiti | 12,635 |
| 12 | India | 10,791 |
| 13 | Peru | 8,953 |
| 14 | Nicaragua | 8,614 |
| 15 | Ecuador | 8,155 |
| 16 | Indonesia | 6,894 |
| 17 | Italy | 6,086 |
| 18 | Korea | 4,272 |
| 19 | Barbados | 4,085 |
| 20 | Taiwan | 4,084 |
| 21 | Leeward And Windward | 3,817 |
| 22 | Pakistan | 3,679 |
| 23 | Netherlands Antilles | 3,556 |
| 24 | Spain | 3,439 |
| 25 | Netherlands | 3,380 |
| 26 | Vietnam | 3,043 |
| 27 | Malaysia | 3,033 |
| 28 | Surinam | 2,583 |
| 29 | United Arab Emirates | 2,441 |
| 30 | Georgia | 1,960 |



# COUNTRY VALUE

| | COUNTRIES | TOTAL VALUE |
|---|---|---|
| 1 | China | $4,933,312,658 |
| 2 | Honduras | $2,747,441,279 |
| 3 | Dominican Republic | $1,989,930,208 |
| 4 | El Salvador | $1,419,618,392 |
| 5 | Guatemala | $1,200,025,845 |
| 6 | Jamaica | $1,020,434,177 |
| 7 | Nicaragua | $994,680,705 |
| 8 | Italy | $902,819,895 |
| 9 | Indonesia | $844,584,568 |
| 10 | Costa Rica | $773,018,953 |
| 11 | Colombia | $658,192,360 |
| 12 | India | $603,576,537 |
| 13 | Panama | $594,957,688 |
| 14 | Korea | $553,046,935 |
| 15 | Haiti | $543,087,968 |
| 16 | Vietnam | $524,964,503 |
| 17 | Malaysia | $513,734,651 |
| 18 | Taiwan | $498,586,108 |
| 19 | Ecuador | $474,286,852 |
| 20 | Peru | $471,868,939 |
| 21 | Trinidad And Tobago | $439,156,433 |
| 22 | Spain | $438,874,889 |
| 23 | Netherlands | $349,456,066 |
| 24 | Pakistan | $343,504,189 |
| 25 | France | $269,278,068 |
| 26 | Mexico | $249,136,638 |
| 27 | Germany | $241,750,343 |
| 28 | Thailand | $227,115,944 |
| 29 | Hong Kong | $188,819,002 |
| 30 | Singapore | $176,497,065 |

| | IMPORT COUNTRIES | IMPORT VALUE |
|---|---|---|
| 1 | China | $4,489,310,094 |
| 2 | Honduras | $1,511,600,517 |
| 3 | Dominican Republic | $973,123,026 |
| 4 | Nicaragua | $698,818,651 |
| 5 | Guatemala | $681,258,342 |
| 6 | El Salvador | $584,102,177 |
| 7 | Italy | $550,614,735 |
| 8 | Vietnam | $430,610,592 |
| 9 | Jamaica | $427,528,371 |
| 10 | Korea | $399,505,669 |
| 11 | India | $298,672,698 |
| 12 | Spain | $293,310,354 |
| 13 | Indonesia | $231,898,609 |
| 14 | Malaysia | $231,699,404 |
| 15 | France | $230,827,314 |
| 16 | Republic Of China | $228,915,994 |
| 17 | Haiti | $228,253,764 |
| 18 | Mexico | $227,080,973 |
| 19 | Germany | $199,889,306 |
| 20 | Costa Rica | $194,802,237 |
| 21 | Thailand | $193,267,884 |
| 22 | Netherlands | $179,508,600 |
| 23 | Belize | $165,397,815 |
| 24 | Colombia | $153,780,421 |
| 25 | Hong Kong | $146,548,971 |
| 26 | Ecuador | $144,551,244 |
| 27 | Peru | $126,329,548 |
| 28 | Singapore | $124,776,252 |
| 29 | Turkey | $103,381,159 |
| 30 | Belgium | $102,087,879 |

| | EXPORT COUNTRIES | EXPORT VALUE |
|---|---|---|
| 1 | Honduras | $1,235,840,762 |
| 2 | Dominican Republic | $1,016,807,182 |
| 3 | El Salvador | $835,516,215 |
| 4 | Indonesia | $612,685,959 |
| 5 | Jamaica | $592,905,806 |
| 6 | Costa Rica | $578,216,716 |
| 7 | Panama | $521,978,535 |
| 8 | Guatemala | $518,767,503 |
| 9 | Colombia | $504,411,939 |
| 10 | China | $444,002,564 |
| 11 | Trinidad And Tobago | $404,491,423 |
| 12 | Italy | $352,205,160 |
| 13 | Peru | $345,539,391 |
| 14 | Ecuador | $329,735,608 |
| 15 | Haiti | $314,834,204 |
| 16 | India | $304,903,839 |
| 17 | Nicaragua | $295,862,054 |
| 18 | Pakistan | $283,030,026 |
| 19 | Malaysia | $282,035,247 |
| 20 | Republic Of China | $269,670,114 |
| 21 | Netherlands | $169,947,466 |
| 22 | Korea | $153,541,266 |
| 23 | Spain | $145,564,535 |
| 24 | Barbados | $122,093,961 |
| 25 | United Arab Emirates | $118,965,032 |
| 26 | Leeward And Windward | $112,753,396 |
| 27 | Surinam | $104,174,970 |
| 28 | Vietnam | $94,353,911 |
| 29 | Ireland | $89,208,461 |
| 30 | Netherlands Antilles | $85,780,680 |



**SFCT Groundbreaking:** *South Florida Container Terminal celebrated a groundbreaking for its Cargo Densification project, which will increase the terminal's operational capacity.*

# COMMODITY VALUE

| | COMMODITIES | TOTAL VALUE |
|---|---|---|
| 1 | Machinery · Computer · Air Conditioning, equipment & parts | $3,644,470,038 |
| 2 | Household Goods · Miscellaneous | $2,520,608,149 |
| 3 | Apparel, non-knit | $2,151,017,229 |
| 4 | Base Metals · Cermets | $2,016,048,998 |
| 5 | Electrical Machinery, equipment and parts | $1,937,407,912 |
| 6 | Vehicles · Vehicle Parts | $1,307,483,442 |
| 7 | Plastics, articles thereof | $1,055,037,646 |
| 8 | Furniture · Seats · Lighting · Lamps | $1,031,371,086 |
| 9 | Medical · Surgical · Optical · Photography Instruments | $936,901,738 |
| 10 | Aircraft · Spacecraft and Parts | $934,219,307 |
| 11 | Apparel, knit or crochet | $811,706,518 |
| 12 | Cotton · Yarn · Woven Fabric | $666,743,809 |
| 13 | Leather Handbags · Travel Goods · Wallets · Saddlery | $532,866,908 |
| 14 | Food Preparations · Sauces · Soups | $526,808,813 |
| 15 | Fish · Crustaceans · Aquatic Invertebrates | $499,891,532 |
| 16 | Aluminum, articles thereof | $481,841,303 |
| 17 | Iron · Steel, articles thereof | $442,252,442 |
| 18 | Railway · Tramway Stock and Equipment | $417,289,890 |
| 19 | Perfume · Cosmetics · Skin Care | $380,804,486 |
| 20 | Tobacco · Manufactured Substitutes | $366,912,563 |
| 21 | Toys · Games · Sports Equipment | $325,604,925 |
| 22 | Paper · Paperboard, articles thereof | $312,611,570 |
| 23 | Beverages · Spirits · Water · Wine | $296,100,485 |
| 24 | Ceramics | $296,088,051 |
| 25 | Textiles · Bed, Table, Kitchen Linens · Worn Textiles | $233,964,783 |
| 26 | Rubber, articles thereof | $226,200,431 |
| 27 | Base Metals, miscellaneous articles | $221,326,710 |
| 28 | Ships · Boats · Floating Structures | $199,066,839 |
| 29 | Wood, articles thereof | $195,027,632 |
| 30 | Fruits and Nuts · Vegetables, prepared or preserved | $188,280,375 |

| | COMMODITIES | TOTAL TEU |
|---|---|---|
| 1 | Furniture · Seats · Lighting · Lamps | 62,636 |
| 2 | Machinery · Computer · Air Conditioning, equipment & parts | 54,778 |
| 3 | Household Goods · Miscellaneous | 52,480 |
| 4 | Vehicles · Vehicle Parts | 45,989 |
| 5 | Plastics, articles thereof | 32,259 |
| 6 | Electrical Machinery, equipment and parts | 30,010 |
| 7 | Food Preparations · Sauces · Soups | 27,997 |
| 8 | Beverages · Spirits · Water · Wine | 26,635 |
| 9 | Pulp of Wood, waste, scrap, and recyclables | 26,527 |
| 10 | Apparel, non-knit | 23,863 |
| 11 | Ceramics | 18,989 |
| 12 | Paper · Paperboard, articles thereof | 18,987 |
| 13 | Fruits and Nuts · Citrus · Melons, fresh | 16,731 |
| 14 | Vegetables · Roots and Tubers | 16,315 |
| 15 | Iron · Steel, articles thereof | 15,884 |
| 16 | Wood, articles thereof | 14,885 |
| 17 | Cotton · Yarn · Woven Fabric | 14,577 |
| 18 | Base Metals · Cermets | 13,069 |
| 19 | Medical · Surgical · Optical · Photography Instruments | 12,650 |
| 20 | Fruits and Nuts · Vegetables, prepared or preserved | 12,342 |
| 21 | Iron · Steel, waste, scrap, and recyclables | 12,082 |
| 22 | Fish · Crustaceans · Aquatic Invertebrates | 11,553 |
| 23 | Leather Handbags · Travel Goods · Wallets · Saddlery | 11,513 |
| 24 | Aluminum, articles thereof | 11,298 |
| 25 | Rubber, articles thereof | 11,239 |
| 26 | Apparel, knit or crochet | 10,431 |
| 27 | Toys · Games · Sports Equipment | 9,981 |
| 28 | Textiles · Bed, Table, Kitchen Linens · Worn Textiles | 9,506 |
| 29 | Tobacco · Manufactured Substitutes | 8,802 |
| 30 | Perfume · Cosmetics · Skin Care | 8,181 |

| | COMMODITIES | TOTAL STONS |
|---|---|---|
| 1 | Household Goods · Miscellaneous | 447,551 |
| 2 | Ceramics | 388,553 |
| 3 | Railway · Tramway Stock and Equipment | 370,396 |
| 4 | Machinery · Computer · Air Conditioning, equipment & parts | 367,998 |
| 5 | Pulp of Wood, waste, scrap, & recyclables | 356,245 |
| 6 | Beverages · Spirits · Water · Wine | 345,231 |
| 7 | Furniture · Seats · Lighting · Lamps | 322,049 |
| 8 | Plastics, articles thereof | 276,359 |
| 9 | Vehicles · Vehicle Parts | 265,711 |
| 10 | Food Preparations · Sauces · Soups | 257,562 |
| 11 | Base Metals · Cermets | 246,389 |
| 12 | Iron · Steel, waste, scrap, and recyclables | 222,666 |
| 13 | Fruits and Nuts · Citrus · Melons, fresh | 213,942 |
| 14 | Electrical Machinery, equipment and parts | 205,006 |
| 15 | Fruits and Nuts · Vegetables, prepared or preserved | 200,140 |
| 16 | Vegetables · Roots and Tubers | 192,445 |
| 17 | Paper · Paperboard, articles thereof | 186,407 |
| 18 | Wood, articles thereof | 174,738 |
| 19 | Salt · Sulfur · Earth and Stone · Marble | 162,729 |
| 20 | Iron · Steel, articles thereof | 154,560 |
| 21 | Apparel, non-knit | 150,271 |
| 22 | Fish · Crustaceans · Aquatic Invertebrates | 131,852 |
| 23 | Aluminum, articles thereof | 122,742 |
| 24 | Mineral Fuel · Oil, non-crude | 121,496 |
| 25 | Cotton · Yarn · Woven Fabric | 121,177 |
| 26 | Art of Stone · Plaster · Cement | 101,609 |
| 27 | Meat · Edible Meat Offal | 79,600 |
| 28 | Rubber, articles thereof | 79,306 |
| 29 | Leather Handbags · Travel Goods · Wallets · Saddlery | 78,446 |
| 30 | Textiles · Bed, Table, Kitchen Linen · Worn Textiles | 77,254 |



# IMPORT COMMODITIES

| | COMMODITIES | IMPORT TEU |
|---|---|---|
| 1 | Furniture · Seats · Lighting · Lamps | 49,306 |
| 2 | Machinery · Computer · Air Conditioning, equipment & parts | 25,825 |
| 3 | Beverages · Spirits · Water · Wine | 22,496 |
| 4 | Apparel, non-knit | 21,580 |
| 5 | Household Goods · Miscellaneous | 20,832 |
| 6 | Plastics, articles thereof | 20,527 |
| 7 | Electrical Machinery, equipment and parts | 18,500 |
| 8 | Ceramics | 17,876 |
| 9 | Vegetables · Roots and Tubers | 15,241 |
| 10 | Fruits and Nuts · Citrus · Melons, fresh | 14,680 |
| 11 | Vehicles · Vehicle Parts | 13,693 |
| 12 | Wood, articles thereof | 12,231 |
| 13 | Paper · Paperboard, articles thereof | 11,378 |
| 14 | Fish · Crustaceans · Aquatic Invertebrates | 10,922 |
| 15 | Iron · Steel, articles thereof | 9,666 |
| 16 | Apparel, knit or crochet | 9,605 |
| 17 | Rubber, articles thereof | 9,431 |
| 18 | Fruits and Nuts · Vegetables, prepared or preserved | 9,049 |
| 19 | Tobacco · Manufactured Substitutes | 8,012 |
| 20 | Aluminum, articles thereof | 7,648 |
| 21 | Leather Handbags · Travel Goods · Wallets · Saddlery | 7,491 |
| 22 | Toys · Games · Sports Equipment | 6,762 |
| 23 | Salt · Sulfur · Earth and Stone · Marble | 5,891 |
| 24 | Medical · Surgical · Optical · Photography Instruments | 5,015 |
| 25 | Glass and Glassware | 4,788 |
| 26 | Textiles · Bed, Table, Kitchen Linens · Worn Textiles | 4,722 |
| 27 | Perfume · Cosmetics · Skin Care | 4,519 |
| 28 | Railway · Tramway Stock and Equipment | 4,427 |
| 29 | Art of Stone · Plaster · Cement | 4,307 |
| 30 | Cereal · Flour · Starch or Milk · Baker's Wares, prepared | 3,861 |

# EXPORT COMMODITIES

| | COMMODITIES | EXPORT TEU |
|---|---|---|
| 1 | Vehicles · Vehicle Parts | 32,297 |
| 2 | Household Goods · Miscellaneous | 31,648 |
| 3 | Machinery · Computer · Air Conditioning, equipment & parts | 28,953 |
| 4 | Pulp of Wood, waste, scrap, and recyclables | 26,405 |
| 5 | Food Preparations · Sauces · Soups | 25,147 |
| 6 | Furniture · Seats · Lighting · Lamps | 13,329 |
| 7 | Base Metals · Cermets | 12,803 |
| 8 | Cotton · Yarn · Woven Fabric | 12,521 |
| 9 | Plastics, articles thereof | 11,732 |
| 10 | Electrical Machinery, equipment and parts | 11,509 |
| 11 | Iron · Steel, waste, scrap, and recyclables | 10,336 |
| 12 | Medical · Surgical · Optical · Photography Instruments | 7,635 |
| 13 | Paper · Paperboard, articles thereof | 7,609 |
| 14 | Iron · Steel, articles thereof | 6,218 |
| 15 | Meat · Edible Meat Offal | 5,137 |
| 16 | Textiles · Bed, Table, Kitchen Linens · Worn Textiles | 4,784 |
| 17 | Ships · Boats · Floating Structures | 4,492 |
| 18 | Beverages · Spirits · Water · Wine | 4,139 |
| 19 | Leather Handbags · Travel Goods · Wallets · Saddlery | 4,022 |
| 20 | Perfume · Cosmetics · Skin Care | 3,662 |
| 21 | Aluminum, articles thereof | 3,650 |
| 22 | Manmade Synthetic Filaments · Yarn and Woven Fabrics | 3,611 |
| 23 | Base Metal, miscellaneous articles · Castors · Fixtures · Hardware | 3,567 |
| 24 | Fruits and Nuts · Vegetables, prepared or preserved | 3,293 |
| 25 | Toys · Games · Sports Equipment | 3,220 |
| 26 | Mineral Fuel · Oil, non-crude | 2,661 |
| 27 | Wood, articles thereof | 2,655 |
| 28 | Dairy Products · Bird's Eggs · Honey · Cheese · Butter | 2,519 |
| 29 | Apparel, non-knit | 2,283 |
| 30 | Chemical Products, miscellaneous | 2,057 |



PortMiami
1015 N. America Way, 2nd Floor
Miami, FL 33132
T: 305.347.4800 • F: 305.329.4029

PortMiami.biz