UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-cv-22303-KMW

FLORIDA CARRY, INC., a
Florida not for profit corporation, *et al.*,

    Plaintiffs,

vs.

CITY OF MIAMI BEACH, *et al.*,

    Defendants.
_____/

## DECLARATION OF NAHAMI BICELIS

The undersigned, NAHAMI BICELIS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. My name is Nahami Bicelis, I am over the age of 21 years old and otherwise *sui juris*.

2. I am a police officer employed with the City of Miami Beach Police Department.

3. On June 24, 2018, I was working and on-duty in my capacity as a police officer for the City of Miami Beach Police Department.

4. At approximately 10:00AM on June 24, 2018, I heard a police dispatch call reference several males with visible firearms on the South Pointe Park Pier and responded to the scene.

5. When I arrived on the Pier, several City of Miami Beach police officers were already present on the Pier, and the Plaintiffs were already detained.

6. Thereafter, I remained on the scene to provide backup and assistance as needed.

7. Specifically, I assisted the primary officer in verifying information for the offense incident reports.

8. I also assisted in completing a property receipt for Plaintiff Devine and returned his

1

buck folding knife back to him without any incident.

9. The above was the extent of my involvement with the Plaintiffs on the date in question.

**I, NAHAMI BICELIS, declare under penalty of perjury that the foregoing is true and correct.**

Executed on February __2nd__, 2021.

*Nahami Bicelis*
Nahami Bicelis (Feb 2, 2021 18:43 EST)
NAHAMI BICELIS