

**OFFENSE INCIDENT**
**CASE SUPPLEMENT SUMMARY**
1100 WASHINGTON AVE
MIAMI BEACH, FL 33139

CASE# **2018-00066518**

## SUPPLEMENTAL NARRATIVE

ON SUNDAY JUNE 24TH 2018 DISPATCH RECEIVED A CALL REFERENCE SEVERAL ARMED SUBJECTS AT SOUTH POINT PARK. UNAWARE IF IT WAS A POTENTIAL ACTIVE SHOOTER SITUATION I RESPONDED FROM MY ZONE TO ASSIST THE AREA ONE (1) SERGEANT IN THE EVENT OF AN EMERGENCY. I WAS THE ASSIGNED SUPERVISOR FOR AREA FOUR (4) ENTERTAINMENT DISTRICT. UPON ARRIVAL THE ARMED PERSONS WERE DETAINED AND A PRELIMINARY INVESTIGATION WAS BEING CONDUCTED BY THE OFFICERS AND THE AREA ONE (1) SERGEANT (K. BOLDUC ID # 991). WHO WERE ALREADY ON SCENE. I BRIEFLY STOOD BY AS UNITS CONDUCTED THEIR INVESTIGATION AND LEFT SHORTLY AFTER TO MY AREA OF RESPONSIBILITY TO SUPERVISE MY ZONE.

I HAD NO FURTHER INVOLVEMENT ON THIS CALL AND I HAD NO INTERACTION WITH THE SUBJECTS INVOLVED ON THIS SIGNAL.

NO FURTHER INFORMATION.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1023 Salabarria | 06/24/2018 | Miley, Michael / T. Garcia | 06/26/2018 |