```
                                                          Page 1
 1    FLORIDA CARRY
 2    vs.
 3    CITY OF MIAMI BEACH
 4
 5
 6
 7              TRANSCRIPTION OF RECORDING
 8
 9         "2018-066518__CITY ATTY__RA-TALK5"
10
```

Page 2

1  NAYARA DIAZ: This is Naraya Diaz
2  (phonetic), 911 record custodian. The
3  following are true copies of real transmissions
4  on the Talk 5 Channel on June 24th, 2018,
5  starting at 9 hours, 8 minutes, 34 seconds.
6  AUTOMATED SPEAKER: June 24th, 2018, 9
7  hours, 8 minutes, 34 seconds.
8  MALE SPEAKER: (Indiscernible).
9  AUTOMATED SPEAKER: June 24th, 2018, 9
10 hours, 14 minutes, 5 seconds.
11 FEMALE SPEAKER: 10-5-1 (phonetic).
12 AUTOMATED SPEAKER: Yes, ma'am.
13 FEMALE SPEAKER: Which unit did you need
14 the queue for?
15 MALE SPEAKER: (Indiscernible) I believe
16 it's 880.
17 FEMALE SPEAKER: Okay (indiscernible).
18 AUTOMATED SPEAKER: June 24th, 2018, 9
19 hours 14 minutes, 30 seconds.
20 MALE SPEAKER: (Indiscernible).
21 MALE SPEAKER: Hey, Purdy (phonetic). I
22 went ahead and approved that time off for you
23 today. So you're good to go as of 3 p.m.
24 MALE SPEAKER: Okay. Thank you, sir.
25 MALE SPEAKER: You got it, bro. Thank

|    | Page 3 |
|----|--------|

1  you.
2         AUTOMATED SPEAKER:  June 24th, 2018, 9
3  hours, 16 minutes, 48 seconds.
4         MALE SPEAKER:  (Indiscernible) 219.
5         FEMALE SPEAKER:  Hey, I just called
6  (indiscernible).  Are you going to do
7  impounding on the bike?  They just need
8  somebody to transfer the bikes over to
9  (indiscernible).
10        MALE SPEAKER:  Yeah, call over
11 (indiscernible).  I need somebody to take it to
12 the 05.
13        FEMALE SPEAKER:  Okay.
14        AUTOMATED SPEAKER:  June 24th, 2018, 9
15 hours, 17 minutes, 47 seconds.
16        FEMALE SPEAKER:  (Indiscernible).
17        MALE SPEAKER:  (Indiscernible).
18        MALE SPEAKER:  (Indiscernible) pickup
19 truck and if you got a bike rack or pickup
20 truck we'll go ahead and transport
21 (indiscernible), please.
22        MALE SPEAKER:  All right.  I'm finishing
23 up a 18 here at 10 (indiscernible) Twin Ocean
24 Drive.  When I'm done, I'll go do that.
25        MALE SPEAKER:  Okay.  Thank you, buddy.

Page 4

1  FEMALE SPEAKER: (Indiscernible). Manny,
2  you copied that?
3  MALE SPEAKER: Yes, ma'am.
4  FEMALE SPEAKER: Thank you.
5  AUTOMATED SPEAKER: June 24th, 2018, 9
6  hours, 18 minutes, 68 seconds.
7  MALE SPEAKER: Yes, ma'am.
8  AUTOMATED SPEAKER: June 24th, 2018, 9
9  hours, 19 minutes, 8 seconds.
10 MALE SPEAKER: (Indiscernible) you on?
11 MALE SPEAKER: Yes.
12 MALE SPEAKER: Go ahead and 07 that. I
13 went ahead and reassigned it to
14 (indiscernible). So you go ahead take that
15 (indiscernible). So you go ahead and 07.
16 MALE SPEAKER: I'll hear that, sir. Thank
17 you.
18 AUTOMATED SPEAKER: June 24th, 2018, 9
19 hours, 52 minutes, 45 seconds.
20 MALE SPEAKER: (Indiscernible).
21 CHRISTIAN: Hey, good morning. This is
22 Christian Park Ranger 215 South (indiscernible)
23 Park. I have here three individuals. They're
24 walking around with their firearms showing. Is
25 that legal that you know of?

1    MALE SPEAKER: Negative. Are they D.O.'s
2    (indiscernible)?
3    CHRISTIAN: Negative. They're over here
4    showing off their -- their firearms with their
5    holsters (indiscernible) and they're saying
6    that it's legal.
7    MALE SPEAKER: All right. I'll be around.
8    CHRISTIAN: Thank you.
9    AUTOMATED SPEAKER: June 24th, 2018, 10
10   hours, 2 minutes, 16 seconds.
11   MALE SPEAKER: (Indiscernible).
12   AUTOMATED SPEAKER: June 24th, 2018, 10
13   hours, 2 minutes, 39 seconds.
14   MALE SPEAKER: 1003 is on 5.
15   CHRISTIAN: South Park Range 158
16   (indiscernible). It says here on the sign it
17   says no firearms as well, and they're pretty
18   much walking around up here with the guns. Are
19   you are -- you guys here yet or?
20   MALE SPEAKER: We're walking towards you
21   now, man. And, regardless, whether there's a
22   sign or not, that's illegal in the state of
23   Florida.
24   CHRISTIAN: (Indiscernible) thank you
25   guys. Appreciate it.

1  AUTOMATED SPEAKER: June 24th, 2018, 10
2  hours, 23 minutes, 51 seconds.
3  FEMALE SPEAKER: (Indiscernible) 1. I had
4  a passerby just tell me right now is, he had
5  gone -- he had (indiscernible) to an open carry
6  event that's going on, taking place here in
7  Call Point (phonetic).
8  AUTOMATED SPEAKER: June 24, 2018, 10
9  hours, 24 minutes, 18 seconds.
10 FEMALE SPEAKER: Thank you for coming
11 (indiscernible) that way.
12 FEMALE SPEAKER: (Indiscernible) is this
13 in regard to me?
14 FEMALE SPEAKER: Yes.
15 FEMALE SPEAKER: I pulled it off at south
16 Point (indiscernible) wash? So nobody's coming
17 out, coming into the South Point, but I did
18 have a passerby advise me, "Hey, are you guys
19 closing this off for the open carry event?"
20 So I asked him a little bit more
21 information about it. Apparently, there's a
22 Facebook invitation.
23 FEMALE SPEAKER: Okay (indiscernible).
24 FEMALE SPEAKER: Give me an 01, and I'll
25 give you more information. I tried to call

1     you, but it's not going through.
2            FEMALE SPEAKER: Give me second. Okay?
3     I'll give you a call.
4            AUTOMATED SPEAKER: June 24th, 2018, 11
5     hours, 7 minutes, 25 seconds.
6            MALE SPEAKER: (Indiscernible).
7            AUTOMATED SPEAKER: June 24th, 2018, 11
8     hours, 24 minutes, 2 seconds.
9            MALE SPEAKER: 740 Officer Parbion
10    (phonetic) here.
11           AUTOMATED SPEAKER: June 24th, 2018, 11
12    hours, 47 minutes, 4 seconds.
13           June 24th, 2018, 11 hours, 59 minutes, 23
14    seconds.
15           MALE SPEAKER: (Indiscernible). Do me a
16    favor, come back over here. Walk over here by
17    the bushes on the side and then we're gonna
18    (indiscernible) everything one by one. They
19    can come up with their car and we'll release it
20    that way.
21           MALE SPEAKER: Okay.
22           MALE SPEAKER: Thanks, bro.
23           AUTOMATED SPEAKER: June 24th, 2018, 12
24    hours, 37 minutes, 27 seconds.
25           MALE SPEAKER: (Indiscernible) property

1   Detective Oneer (phonetic).
2          AUTOMATED SPEAKER: June 24th, 2018, 12
3   hours, 3 minutes, 42 seconds.
4          MALE SPEAKER: 10-3105.
5          MALE SPEAKER: Hey, what's up, brother.
6   This is (indiscernible). You got a number I
7   can call you at?
8          MALE SPEAKER: (305)799-6059.
9          MALE SPEAKER: Okay.
10         AUTOMATED SPEAKER: June 24th, 2018, 12
11  hours, 28 minutes, 31 seconds.
12         FEMALE SPEAKER: (Indiscernible) you on?
13         MALE SPEAKER: Yes, ma'am. Go ahead.
14         FEMALE SPEAKER: Nautilus Hotel,
15  1825 Collins Avenue. Guest (indiscernible)
16  plain view, it was placed on the dresser. I
17  have the log of the entry, two housekeepers
18  (indiscernible).
19         MALE SPEAKER: (Indiscernible). How about
20  crime scene? And are there cameras anywhere
21  nearby? Hallway, elevators?
22         FEMALE SPEAKER: No, just the log showing
23  the housekeeper and the bartender that walked
24  in, and that's it. I didn't call crime scene
25  because they're checking out today. It just

1   occurred yesterday between the hours of
2   10:30 and 1:00.
3           MALE SPEAKER: Put me on (indiscernible).
4           FEMALE SPEAKER: Thank you.
5           AUTOMATED SPEAKER: June 24th, 2018, 12
6   hours, 45 minutes, 22 seconds.
7           FEMALE SPEAKER: This is (indiscernible)
8   in reference to a (indiscernible) 1798 Purdy
9   Avenue.  1798 Purdy Avenue.  It's going to be
10  in the marina parking lot.  It's in reference
11  to a black Dodge Ram 1500.  Florida tag of
12  bravo, x-ray, Delta, sierra, 78.  Until 1900
13  hours (indiscernible) at 1245, Miami Beach.
14          AUTOMATED SPEAKER: June 24th, 2018, 13
15  hours, 0 minutes, 40 seconds.
16          MALE SPEAKER: Go ahead.
17          MALE SPEAKER: Hey, Sarge, just to let you
18  know, one of your guys came back fishing off
19  the jetty, of the side of the pier.
20          MALE SPEAKER: Yeah, we got eyes on him.
21  We're going (indiscernible) to him.  Thanks.
22          MALE SPEAKER: (Indiscernible).
23          AUTOMATED SPEAKER: June 24th, 2018, 13
24  hours, 1 minute, 18 seconds.
25          MALE SPEAKER: We're walking around right

1  now.  I see you.
2  AUTOMATED SPEAKER:  June 24th, 2018, 13
3  hours, 25 minutes, 36 seconds.
4  MALE SPEAKER:  (Indiscernible).
5  MALE SPEAKER:  Hey when you get a chance
6  can you (indiscernible) 05 (indiscernible)
7  property.
8  MALE SPEAKER:  Copy.
9  AUTOMATED SPEAKER:  June 24th, 2018, 13
10  hours, 25 minutes, 54 seconds.
11  MALE SPEAKER:  (Indiscernible).
12  MALE SPEAKER:  Uh-huh.
13
14  (End of recording.)
15
16
17
18
19
20
21
22
23
24
25

1              CERTIFICATE

2

3       I, ERINN GREEN, Professional Court
4  Reporter/Transcriptionist, do hereby certify that I
5  was authorized to transcribe the foregoing recorded
6  proceeding, and that the transcript is a true and
7  accurate transcription of my shorthand notes, to the
8  best of my ability, taken while listening to the
9  technically insufficient provided recording.

10

11       I further certify that I am not of counsel or
12  attorney for any of the parties to said proceedings,
13  nor in any way interested in the events of this
14  cause, and that I am not related to any of the
15  parties thereto.

16

17       Dated this 14th day of January, 2021.

18

19       *Erinn Green*
20

21       ERINN L. GREEN, Court Reporter
         Notary Public Commission No.: GG950705
22       Expires: January 23, 2024

23

24

25

| 0 | 219 3:4 | 7 | bike 3:7,19 |
|---|---|---|---|
| 0  9:15 | 22  9:6 | 7  7:5 | bikes  3:8 |
| 01  6:24 | 23  6:2 7:13 11:22 | 740  7:9 | bit  6:20 |
| 05  3:12 10:6 | 24  6:8,9 7:8 | 78  9:12 | black  9:11 |
| 07  4:12,15 | 24th  2:4,6,9,18 3:2 | 799-6059  8:8 | bravo  9:12 |
| **1** | 3:14 4:5,8,18 5:9 | **8** | bro  2:25 7:22 |
| 1  6:3 9:24 | 5:12 6:1 7:4,7,11 | 8  2:5,7 4:9 | brother  8:5 |
| 10  3:23 5:9,12 6:1,8 | 7:13,23 8:2,10 9:5 | 880  2:16 | buddy  3:25 |
| 10-3105  8:4 | 9:14,23 10:2,9 | **9** | bushes  7:17 |
| 10-5-1  2:11 | 25  7:5 10:3,10 | 9  2:5,6,9,18 3:2,14 | **c** |
| 1003  5:14 | 27  7:24 | 4:5,8,18 | call  3:10 6:7,25 7:3 |
| 10:30  9:2 | 28  8:11 | 911  2:2 | 8:7,24 |
| 11  7:4,7,11,13 | **3** | **a** | called  3:5 |
| 12  7:23 8:2,10 9:5 | 3  2:23 8:3 | ability  11:8 | cameras  8:20 |
| 1245  9:13 | 30  2:19 | accurate  11:7 | car  7:19 |
| 13  9:14,23 10:2,9 | 305  8:8 | advise  6:18 | carry  1:1 6:5,19 |
| 14  2:10,19 | 31  8:11 | ahead  2:22 3:20 | cause  11:14 |
| 14th  11:17 | 34  2:5,7 | 4:12,13,14,15 8:13 | certificate  11:1 |
| 1500  9:11 | 36  10:3 | 9:16 | certify  11:4,11 |
| 158  5:15 | 37  7:24 | apparently  6:21 | chance  10:5 |
| 16  3:3 5:10 | 3797  11:20 | appreciate  5:25 | channel  2:4 |
| 17  3:15 | 39  5:13 | approved  2:22 | checking  8:25 |
| 1798  9:8,9 | **4** | asked  6:20 | christian  4:21,22 |
| 18  3:23 4:6 6:9 9:24 | 4  7:12 | attorney  11:12 | 5:3,8,15,24 |
| 1825  8:15 | 40  9:15 | atty  1:9 | city  1:3,9 |
| 19  4:9 | 42  8:3 | authorized  11:5 | closing  6:19 |
| 1900  9:12 | 45  4:19 9:6 | automated  2:6,9,12 | collins  8:15 |
| 1:00  9:2 | 47  3:15 7:12 | 2:18 3:2,14 4:5,8 | come  7:16,19 |
| **2** | 48  3:3 | 4:18 5:9,12 6:1,8 | coming  6:10,16,17 |
| 2  5:10,13 7:8 | **5** | 7:4,7,11,23 8:2,10 | commission  11:21 |
| 2018  2:4,6,9,18 3:2 | 5  2:4,10 5:14 | 9:5,14,23 10:2,9 | copied  4:2 |
| 3:14 4:5,8,18 5:9 | 51  6:2 | avenue  8:15 9:9,9 | copies  2:3 |
| 5:12 6:1,8 7:4,7,11 | 52  4:19 | **b** | copy  10:8 |
| 7:13,23 8:2,10 9:5 | 54  10:10 | back  7:16 9:18 | counsel  11:11 |
| 9:14,23 10:2,9 | 59  7:13 | bartender  8:23 | court  11:3,21 |
| 2018-066518  1:9 | **6** | beach  1:3 9:13 | crime  8:20,24 |
| 2021  11:17 | 68  4:6 | believe  2:15 | custodian  2:2 |
| 2024  11:22 | | best  11:8 | **d** |
| 215  4:22 | | | d.o.'s  5:1 |

| | | | |
|---|---|---|---|
| dated 11:17 | going 3:6 6:6 7:1 | information 6:21 | minute 9:24 |
| day 11:17 | 9:9,21 | 6:25 | minutes 2:5,7,10,19 |
| delta 9:12 | gonna 7:17 | insufficient 11:9 | 3:3,15 4:6,9,19 |
| detective 8:1 | good 2:23 4:21 | interested 11:13 | 5:10,13 6:2,9 7:5,8 |
| diaz 2:1,1 | green 11:3,21 | invitation 6:22 | 7:12,13,24 8:3,11 |
| dodge 9:11 | guest 8:15 | **j** | 9:6,15 10:3,10 |
| dresser 8:16 | guns 5:18 | january 11:17,22 | morning 4:21 |
| drive 3:24 | guys 5:19,25 6:18 | jetty 9:19 | **n** |
| **e** | 9:18 | june 2:4,6,9,18 3:2 | naraya 2:1 |
| elevators 8:21 | **h** | 3:14 4:5,8,18 5:9 | nautilus 8:14 |
| entry 8:17 | hallway 8:21 | 5:12 6:1,8 7:4,7,11 | nayara 2:1 |
| erinn 11:3,21 | hear 4:16 | 7:13,23 8:2,10 9:5 | nearby 8:21 |
| event 6:6,19 | hey 2:21 3:5 4:21 | 9:14,23 10:2,9 | need 2:13 3:7,11 |
| events 11:13 | 6:18 8:5 9:17 10:5 | **k** | negative 5:1,3 |
| expires 11:22 | holsters 5:5 | know 4:25 9:18 | nobody's 6:16 |
| eyes 9:20 | hotel 8:14 | **l** | notary 11:21 |
| **f** | hours 2:5,7,10,19 | l 11:21 | notes 11:7 |
| facebook 6:22 | 3:3,15 4:6,9,19 | legal 4:25 5:6 | number 8:6 |
| favor 7:16 | 5:10,13 6:2,9 7:5,8 | listening 11:8 | **o** |
| female 2:11,13,17 | 7:12,13,24 8:3,11 | little 6:20 | occurred 9:1 |
| 3:5,13,16 4:1,4 6:3 | 9:1,6,13,15,24 10:3 | log 8:17,22 | ocean 3:23 |
| 6:10,12,14,15,23 | 10:10 | lot 9:10 | officer 7:9 |
| 6:24 7:2 8:12,14,22 | housekeeper 8:23 | **m** | okay 2:17,24 3:13 |
| 9:4,7 | housekeepers 8:17 | ma'am 2:12 4:3,7 | 3:25 6:23 7:2,21 |
| finishing 3:22 | huh 10:12 | 8:13 | 8:9 |
| firearms 4:24 5:4 | **i** | male 2:8,15,20,21 | oneer 8:1 |
| 5:17 | illegal 5:22 | 2:24,25 3:4,10,17 | open 6:5,19 |
| fishing 9:18 | impounding 3:7 | 3:18,22,25 4:3,7,10 | **p** |
| florida 1:1 5:23 | indiscernible 2:8 | 4:11,12,16,20 5:1,7 | p.m. 2:23 |
| 9:11 | 2:15,17,20 3:4,6,9 | 5:11,14,20 7:6,9,15 | parbion 7:9 |
| following 2:3 | 3:11,16,17,18,21 | 7:21,22,25 8:4,5,8 | park 4:22,23 5:15 |
| foregoing 11:5 | 3:23 4:1,10,14,15 | 8:9,13,19 9:3,16,17 | parking 9:10 |
| further 11:11 | 4:20,22 5:2,5,11,16 | 9:20,22,25 10:4,5,8 | parties 11:12,15 |
| **g** | 5:24 6:3,5,11,12,16 | 10:11,12 | passerby 6:4,18 |
| gg950705 11:21 | 6:23 7:6,15,18,25 | man 5:21 | phonetic 2:2,11,21 |
| give 6:24,25 7:2,3 | 8:6,12,15,18,19 9:3 | manny 4:1 | 6:7 7:10 8:1 |
| go 2:23 3:20,24 | 9:7,8,13,21,22 10:4 | marina 9:10 | pickup 3:18,19 |
| 4:12,14,15 8:13 | 10:6,6,11 | miami 1:3 9:13 | pier 9:19 |
| 9:16 | individuals 4:23 | | place 6:6 |

[placed - yesterday]                                                                                        Page 14

| | | | |
|---|---|---|---|
| **placed** 8:16 | **s** | **state** 5:22 | **w** |
| **plain** 8:16 | **sarge** 9:17 | **t** | **walk** 7:16 |
| **please** 3:21 | **saying** 5:5 | **tag** 9:11 | **walked** 8:23 |
| **point** 6:7,16,17 | **says** 5:16,17 | **take** 3:11 4:14 | **walking** 4:24 5:18 |
| **pretty** 5:17 | **scene** 8:20,24 | **taken** 11:8 | 5:20 9:25 |
| **proceeding** 11:6 | **second** 7:2 | **talk** 2:4 | **wash** 6:16 |
| **proceedings** 11:12 | **seconds** 2:5,7,10,19 | **talk5** 1:9 | **way** 6:11 7:20 |
| **professional** 11:3 | 3:3,15 4:6,9,19 | **technically** 11:9 | 11:13 |
| **property** 7:25 10:7 | 5:10,13 6:2,9 7:5,8 | **tell** 6:4 | **went** 2:22 4:13 |
| **provided** 11:9 | 7:12,14,24 8:3,11 | **thank** 2:24,25 3:25 | **x** |
| **public** 11:21 | 9:6,15,24 10:3,10 | 4:4,16 5:8,24 6:10 | **x** 9:12 |
| **pulled** 6:15 | **see** 10:1 | 9:4 | **y** |
| **purdy** 2:21 9:8,9 | **shorthand** 11:7 | **thanks** 7:22 9:21 | **yeah** 3:10 9:20 |
| **put** 9:3 | **showing** 4:24 5:4 | **thereto** 11:15 | **yesterday** 9:1 |
| **q** | 8:22 | **three** 4:23 | |
| **queue** 2:14 | **side** 7:17 9:19 | **time** 2:22 | |
| **r** | **sierra** 9:12 | **today** 2:23 8:25 | |
| **ra** 1:9 | **sign** 5:16,22 | **transcribe** 11:5 | |
| **rack** 3:19 | **signature** 11:20 | **transcript** 11:6 | |
| **ram** 9:11 | **sir** 2:24 4:16 | **transcription** 1:7 | |
| **range** 5:15 | **somebody** 3:8,11 | 11:7 | |
| **ranger** 4:22 | **south** 4:22 5:15 | **transcriptionist** | |
| **ray** 9:12 | 6:15,17 | 11:4 | |
| **real** 2:3 | **speaker** 2:6,8,9,11 | **transfer** 3:8 | |
| **reassigned** 4:13 | 2:12,13,15,17,18 | **transmissions** 2:3 | |
| **record** 2:2 | 2:20,21,24,25 3:2,4 | **transport** 3:20 | |
| **recorded** 11:5 | 3:5,10,13,14,16,17 | **tried** 6:25 | |
| **recording** 1:7 | 3:18,22,25 4:1,3,4 | **truck** 3:19,20 | |
| 10:14 11:9 | 4:5,7,8,10,11,12,16 | **true** 2:3 11:6 | |
| **reference** 9:8,10 | 4:18,20 5:1,7,9,11 | **twin** 3:23 | |
| **regard** 6:13 | 5:12,14,20 6:1,3,8 | **two** 8:17 | |
| **regardless** 5:21 | 6:10,12,14,15,23 | **u** | |
| **related** 11:14 | 6:24 7:2,4,6,7,9,11 | **uh** 10:12 | |
| **release** 7:19 | 7:15,21,22,23,25 | **unit** 2:13 | |
| **reporter** 11:4,21 | 8:2,4,5,8,9,10,12 | **v** | |
| **right** 3:22 5:7 6:4 | 8:13,14,19,22 9:3,4 | **view** 8:16 | |
| 9:25 | 9:5,7,14,16,17,20 | **vs** 1:2 | |
| | 9:22,23,25 10:2,4,5 | | |
| | 10:8,9,11,12 | | |
| | **starting** 2:5 | | |