# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22303-KMW

FLORIDA CARRY, INC., *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI BEACH, *et al.*,

    Defendants.

_____,

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT

Defendants, CITY OF MIAMI BEACH, MICHAEL GARCIA ("Officer M. Garcia"), KENNETH BOLDUC ("Officer Bolduc"), GUSTAVO VILLAMIL ("Officer Villamil"), BRIAN RIVERA ("Officer Rivera"), EDUARDO GARCIA ("Officer E. Garcia"), JESSICA SALABARRIA ("Officer Salabarria"), NAHAMI BICELIS ("Officer Bicelis"), ROBERT MITCHELL ("Officer Mitchell"), LAVANIEL HICKS ("Officer Hicks"), and ELIZABETH VIDAL ("Officer Vidal"), (collectively, the "Defendants"), by and through their undersigned counsel and Pursuant to Fed. R. Civ. P. 6 and S.D. Fla. Local Rule 7.1, hereby file their Unopposed Motion for Extension of Time to File Replies in Support of Their Motions for Summary Judgment, and respectfully seek a 10-day extension of said deadline, allowing Defendants until and including March 25, 2021 to file their Replies. In support of this Motion, Defendants state as follows:

1. On March 8, 2021, Plaintiffs filed their Memorandum of Law in Opposition to Defendants' Motion (sic) for Summary Judgment, [D.E. 69], as well as their Statement of Undisputed Fact in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment to

1

Defendants' Motion for Summary Judgment (collectively, "Plaintiffs' Response"). [D.E. 69-1].

2. Pursuant to S.D. Fla. L.R. 7.1(c)(1), the current deadline for Defendants to file their respective Replies in support of their Motions for Summary Judgment is March 15, 2021.

3. Due to the number of Parties and claims in this case and the myriad issues raised in Plaintiffs' Response, Defendants respectfully submit that a brief extension of ten (10) days is necessary and appropriate to allow for all Defendants to confer with defense counsel regarding Plaintiffs' Response and to allow for Defendants to adequately prepare their Replies.

4. This Motion is being filed prior to the expiration of the original time for Defendants to file their Replies in support of their Motions for Summary Judgment. This court has inherent power, pursuant to Fed. R. Civ. P. 6, to grant this motion and allow the requested extension, which will not prejudice the Parties and should not affect any of the other deadlines in this case.

5. Prior to filing this Motion, counsel for the Defendants conferred with Plaintiffs' counsel, who stated that Plaintiffs have no objection to the extension of time requested herein.

6. Defendants' Motion for Extension of time to file their Replies in support of their Motions for Summary Judgment is made in good faith, in an abundance of caution, and not for any dilatory purpose.

7. In accord with S.D. Fla. Local Rule 7.1(a), a proposed Order granting the instant Motion is attached hereto as Exhibit "A".

**WHEREFORE**, Defendants respectfully request this Honorable Court enter an Order granting the instant Motion and providing Defendants with a 10-day extension of time, until and including

March 25, 2021, to file their Replies in support of their Motions for Summary Judgment, and granting any other or additional relief as this Court deems equitable and just.

Dated this 11th day of March, 2021.

Respectfully Submitted,

| | |
|---|---|
| s/Robert L. Switkes | RAUL J. AGUILA, CITY ATTORNEY |
| Robert L. Switkes, Esq. | CITY OF MIAMI BEACH |
| Florida Bar No. 241059 | 1700 CONVENTION CENTER DR., 4TH FL |
| rswitkes@switkeslaw.com | MIAMI BEACH, FLORIDA 33139 |
| **SWITKES & ZAPPALA, P.A.** | TELEPHONE: (305) 673-7470 |
| 407 Lincoln Road, Penthouse SE | FACSIMILE: (305) 673-7002 |
| Miami Beach, Florida 33139 | s/Robert F. Rosenwald |
| Telephone: (305) 534-4757 | Robert F. Rosenwald, Esq. |
| Facsimile: (305) 538-5504 | E-Mail: RobertRosenwald@miamibeachfl.gov |
| *Attorneys for Defendant Officers* | *Attorneys for Defendant, City of Miami Beach* |

**CERTIFICATE OF CONFERRAL PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for the movant has conferred with Plaintiffs' counsel regarding the extension sought herein, who has stated that Plaintiffs have no objection to the relief requested herein.

s/Robert L. Switkes, Esq.