UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22303-KMW

FLORIDA CARRY, INC., *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI BEACH, *et al.*

    Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
EXCESS PAGES AND FOR EXTENSION *NUNC PRO TUNC***

Defendants, CITY OF MIAMI BEACH, MICHAEL GARCIA ("Officer M. Garcia"), KENNETH BOLDUC ("Officer Bolduc"), GUSTAVO VILLAMIL ("Officer Villamil"), BRIAN RIVERA ("Officer Rivera"), EDUARDO GARCIA ("Officer E. Garcia"), JESSICA SALABARRIA ("Officer Salabarria"), NAHAMI BICELIS ("Officer Bicelis"), ROBERT MITCHELL ("Officer Mitchell"), LAVANIEL HICKS ("Officer Hicks"), and ELIZABETH VIDAL ("Officer Vidal"), (collectively, the "Defendants"), by and through their undersigned counsel, hereby respectfully request, on an unopposed basis, entry of a *nunc pro tunc* order granting Defendants leave to exceed the page limitation on replies under S.D. Fla. L.R. 7.1(c)(2), as well as a 3-day extension to file a combined Reply in support of their Motions for Summary Judgment. In support of this motion, Defendants state as follows:

1. On February 2, 2021 and February 3, 2021, respectively, Defendant City and Defendant Officers filed their Motions for Summary Judgment in this matter. [D.E. 56, 59].

2. On March 8, 2021, Plaintiffs filed a combined Response to Defendants' Motions for Summary Judgment. [D.E. 69].

1

3. Pursuant to S.D. Fla. L.R. 7.1(c)(1), the deadline for Defendants to file replies in support of their Motions for Summary Judgment was March 15, 2021.

4. On March 11, 2021, noting the significant number of parties and claims in this case and the myriad issues raised in Plaintiffs' Response to their Motions for Summary Judgment, Defendants filed an unopposed Motion for Extension of Time, [D.E. 70], requesting a 10-day extension until March 25, 2021 file replies, which was granted by the Court on the same date. [D.E. 71].

5. Thereafter, Defendants continued diligent efforts to draft their replies in support of their Motions for Summary Judgment.

6. During this process, Defendants determined that filing a combined reply, rather than two individual replies, would be most efficient to address the numerous arguments in Plaintiffs' Response in a streamlined manner and without redundancies.

7. Due to the number of issues presented in Plaintiffs' Response and complexity of legal issues addressed, Defendants' combined Reply was far lengthier than Defendants anticipated, and required substantial editing to reduce its length.

8. Even with substantial editing, Defendants' combined Reply came out to just over twenty (20) pages in total, including case style and signature page.

9. Although Defendants were each independently permitted to file a ten (10) page reply pursuant to S.D. Fla. L.R. 7.1(c)(2), they do recognize that the length of their combined Reply exceeds the limitation for replies under the letter of said rule.

10. Defendants respectfully submit that they employed every conceivable effort to remove superfluous or extraneous content from their combined Reply, and that all arguments and

memoranda of law set forth in their Reply represents information that Defendants deemed essential to address the issues brought forth in Plaintiffs' Response.

11. Additionally, on March 22, 2021, undersigned counsel who was primarily responsible for drafting Defendants' Reply underwent a surgical procedure to remove a tumor from the palm of his hand, the incision site of which was significantly irritated by the considerable typing required to finalize Defendants' Reply, and unexpectedly slowed counsel's efforts to do so.

12. Counsel worked as quickly and as diligently as possible under the circumstances to finalize Defendants' Reply in Support of Defendants' Motions for Summary Judgment (Defendants' "Reply"), filing same on March 28, 2021. [D.E. 73].

13. Defendants respectfully submit that their Reply is a diligently and carefully drafted brief that contains essential arguments and authority which address the numerous issues noted in Plaintiffs' Response and will assist the Court's analysis of the merits of the Parties' positions on summary judgment, thus benefitting the administration of justice in this case, which presents issues of significant importance.

14. This court has inherent power, pursuant to Fed. R. Civ. P. 6 and its discretionary authority, to grant this motion and allow the requested brief extension and permission to file excess pages *nunc pro tunc*, which will not prejudice the parties.

15. Counsel for the Defendants has conferred with Eric Friday, Esq., Counsel for Plaintiffs, who has indicated that Plaintiffs do not oppose the relief sought herein.

16. Defendants' Motion is made in good faith and not for any dilatory purpose.

17. In accord with S.D. Fla. L.R. 7.1(a), a proposed order granting the instant Motion is attached hereto as Exhibit "A".

**WHEREFORE**, Defendants respectfully request this Honorable Court enter an Order granting, *nunc pro tunc*, permission for Defendants to file a combined Reply which exceeds page limitations under S.D. Fla. L.R. 7.1(c)(2), and a 3-day extension of time to file same, deeming Defendants' Reply filed on March 28, 2021, [D.E. 73], as timely and proper.

Dated this 30th day of March, 2021.

| | |
|---|---|
| s/Robert L. Switkes | RAUL J. AGUILA, CITY ATTORNEY |
| Robert L. Switkes, Esq. | CITY OF MIAMI BEACH |
| Florida Bar No. 241059 | 1700 CONVENTION CENTER DR., 4TH FL |
| rswitkes@switkeslaw.com | MIAMI BEACH, FLORIDA 33139 |
| s/Bradley F. Zappala | TELEPHONE: (305) 673-7470 |
| Bradley F. Zappala, Esq. | FACSIMILE: (305) 673-7002 |
| Florida Bar No. 111829 | s/Robert F. Rosenwald |
| bzappala@switkeslaw.com | Robert F. Rosenwald, Esq. |
| **SWITKES & ZAPPALA, P.A.** | E-Mail: RobertRosenwald@miamibeachfl.gov |
| 407 Lincoln Road, Penthouse SE | *Attorneys for Defendant, City of Miami Beach* |
| Miami Beach, Florida 33139 | |
| Telephone: (305) 534-4757 | |
| Facsimile: (305) 538-5504 | |
| *Attorneys for Defendant Officers* | |

### CERTIFICATE OF CONFERRAL PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for the movant has conferred with Plaintiffs' counsel regarding the extensions sought herein, who has indicated that Plaintiffs do not object to the relief requested herein.

s/Bradley F. Zappala, Esq.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Bradley F. Zappala*
Bradley F. Zappala, Esq.

**SERVICE LIST**
*Florida Carry, Inc., et al v. City of Miami Beach, et al.*
**United States District Court, Southern District of Florida
Case No.: 19-cv-22303-KMW**

**Eric Friday, Esq.**
Kingry & Friday
1919 Atlantic Blvd.
Jacksonville, Florida 32207
Phone: 904-722-3333
Fax: 954-900-1208
E-Mail: efriday@ericfriday.com
*Attorney for Plaintiffs*

**Noel H. Flasterstein, Esq.**
Law Offices of Noel H. Flasterstein
1700 S. Dixie Hwy, Suite 501
Boca Raton, Florida 33432
Phone: 813-919-7400
*Attorney for Plaintiffs*

**Mark Fishman, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
*Attorney for Defendant, City of Miami Beach*

**Robert F. Rosenwald, Esq.**
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
Fax: 305-673-7002
E-Mail: RobertRosenwald@miamibeachfl.gov
*Attorney for Defendant, City of Miami Beach*

**Adam Hapner, Esq.**
Weiss Serota Helfman Cole & Bierman, P.L.
200 East Broward Blvd., Suite 1900,
Fort Lauderdale, FL 33301
Phone: 954-763-4242
E-Mail: jcole@wsh-law.com; msarraff@wsh-law.com
*Attorney for Defendant, Dan Oates*