# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22303-CIV-WILLIAMS

FLORIDA CARRY, INC. et al.,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, et al.,

    Defendant

_____/

## CLERK'S ENTRY OF JUDGMENT

Pursuant to the Court's Order directing Clerk to enter Judgment [DE 77], the Clerk of the Court hereby enters Judgment in favor of Defendants and against Plaintiffs on Counts IV through IX.

DONE AND ORDERED this 4th day of October 2021 in the Southern District of Florida.

                                  Angela E. Noble
                                  CLERK OF COURT

                            By: s/Autumn Sandoval
                              Data Quality Analyst